**Fill in this information to identify the case:**

Debtor name __Cagney Global Logistics, Inc.__ _____

United States Bankruptcy Court for the: __Northern_____ District of __Texas__
(State)

Case number (If known): __17-33935-HDH-7__

❑ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................. $ 1,992,742.16

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................... $ 1,992,742.16

---

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $ 3,557,499.68

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................... $ 1,031.89

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................ + $ 6,139,797.16

4. **Total liabilities**............................................................................................
   Lines 2 + 3a + 3b $ 9,698,328.73

**Fill in this information to identify the case:**

Debtor name __Cagney Global Logistics, Inc.__

United States Bankruptcy Court for the: __Northern__ District of __Texas__
(State)

Case number (If known): __17-33935-HDH-7__

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Vectra Bank, CO | checking | 7 2 4 5 | $ 145,918.91 |
| 3.2. Chase Bank | checking | 8 7 2 1 | $ 44.56 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____ $_____
   4.2. _____ $_____

5. **Total of Part 1** — $ 145,963.47

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. City of Mexico ($5,000.00)* | 7.3 PROLOGIS - Irving, TX $36,853.84)* | $ 41,853.84* |
| 7.2. Majestic Realty Co. (8,936.00)** | 7.4 Biagio, LP - ($10,000.00)** | $ 18,936.00** |

Debtor    Cagney Global Logistics, Inc.
          _____    Case number (if known)  17-33935-HDH-7
          Name                                                                _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $____0.00____

---

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.                               ✕

☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less:    $1,113,639.47  –  $36,681.97  = ........➔    $ 1,076,957.50
                            face amount         doubtful or uncollectible accounts

11b. Over 90 days old:       $647,227.02  –  $105,404.08  = ........➔    $ 541,822.94
                            face amount         doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 1,618,780.44

---

**Part 4:   Investments**

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                        % of ownership:

15.1. Cagney Express, Inc.                 100 %       operating license    $ 0.00

15.2. _____            _____%     revoked              $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ 0.00

---

Debtor    Cagney Global Logistics, Inc.
          Name

Case number (if known)    17-33935-HDH-7

---

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $ | | $ |
| 20. **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor    Cagney Global Logistics, Inc.
_____
    Name

Case number *(if known)*   17-33935-HDH-7

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$   0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
|   See attached Schedule A/B - Exhibit 39-41 (Certain items are not valued) | $_____ | IRS Charity Value | $   41,003.25 |
| 40. **Office fixtures** | | | |
|   See attached Schedule A/B - Exhibit 39-41 | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
|   See attached Schedule A/B - Exhibit 39-41 | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$   41,003.25

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☒ Yes

Debtor  Cagney Global Logistics, Inc.
       Name

Case number (if known)  17-33935-HDH-7

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 See attached Schedule A/B - Exhibit 47 | $ | Insurance value | $ $70,695.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| See attached Schedule A/B - Exhibit 50 | $ | | $ unknown |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 70,695.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor  Cagney Global Logistics, Inc.
_____
        Name

Case number (*if known*) __17-33935-HDH-7__

---

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 See attached Schedule A/B - Exhibit 55 | | $ | | $ unknown |
| 55.2_____ | _____ | $ | _____ | $ |
| 55.3_____ | _____ | $ | _____ | $ |
| 55.4_____ | _____ | $ | _____ | $ |
| 55.5_____ | _____ | $ | _____ | $ |
| 55.6_____ | _____ | $ | _____ | $ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ __0.00__

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $ | _____ | $ |
| 61. **Internet domain names and websites** _____ | $ | _____ | $ |
| 62. **Licenses, franchises, and royalties** See attached Schedule A/B - Exhibit 62 | $ | | $ 0.00 |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $ | _____ | $ |
| 64. **Other intangibles, or intellectual property** _____ | $ | _____ | $ |
| 65. **Goodwill** _____ | $ | _____ | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ __0.00__

---

Debtor  Cagney Global Logistics, Inc.

Name

Case number (if known)  17-33935-HDH-7

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____ _____ − _____ = ➜ $_____
                        Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____ Tax year _____ $_____
_____ Tax year _____ $_____
_____ Tax year _____ $_____

73. **Interests in insurance policies or annuities**

See attached Schedule A-B Exhibit 73

$ unknown

74. **Causes of action against third parties** (whether or not a lawsuit has been filed)

Cagney v. IAG

$ 82,000.00

**Nature of claim**  Breach of Contract

**Amount requested**  $ 82,000.00 - fees

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Aerotek v. Cagney Global

$ 34,300.00

**Nature of claim**  Breach of Contract

**Amount requested**  $ 25% of amount billed orginally (setoff)

76. **Trusts, equitable or future interests in property**

_____ $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____ $_____
_____ $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 116,300.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor ___Cagney Global Logistics, Inc.___
     Name

Case number *(if known)* ___17-33935-HDH-7___

---

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 145,963.47 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,618,780.44 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 41,003.25 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 70,695.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ➕ $ 116,300.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................91a. | $ 1,992,742.16 ➕ 91b. | $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................... $ 1,992,742.16

## <u>Schedule A/B – Exhibit 39-41</u>

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

### <u>Computers</u>

| <u>Make</u> | <u>Model</u> | <u>Serial/ Service Tag#</u> | |
|------|------|------|------|
| Dell | Inspiron 3650 | 89HLJB2 | DFW |
| Dell | Inspiron 3650 | FF5SPD2 | DFW |
| Dell | Inspiron 3650 | FSBFJB2 | DFW |
| Dell | Inspiron 3650 | 460HKB2 | DFW |
| Dell | Inspiron 3650 | 40PFKB2 | DFW |
| Dell | Inspiron 3650 | 608VHB2 | DFW |
| Dell | Inspiron 3650 | 89FLJB2 | DFW |
| Dell | Inspiron 3650 | 5ZDXHB2 | DFW |
| Dell | Inspiron 3650 | FS77JB2 | DFW |
| Dell | Inspiron 3650 | FF2NPD2 | DFW |
| Dell | Inspiron 3650 | 41CHKB2 | DFW |
| Dell | Inspiron 3650 | 8B3LJB2 | DFW |
| Dell | Inspiron 3650 | 778VHB2 | DFW |
| Lenovo | 90DQ | R301LQ7D | DFW |
| Dell | Inspiron 3650 | 45ZFKB2 | DFW |
| Dell | Inspiron 3650 | 383SGB2 | DFW |
| Dell | Inspiron 3650 | 77CWHB2 | DFW |
| Dell | Inspiron 3650 | 63ZVHB2 | DFW |
| Dell | Inspiron 3650 | 40YFKB2 | DFW |
| Lenovo | 90FB | R3032F49 | DFW |
| Lenovo | 90DQ | R301LPXJ | Mexico, MO |
| Lenovo | 90DQ | R301LQ90 | Mexico, MO |
| Acer | AXC-603G-UW13 | DTSUVAA003434068AC3000 | Mexico, MO |
| Acer | AXC-603G-UW13 | DTSUWAA002437078CF3000 | Mexico, MO |
| Lenovo | 90FN | R302QTU9 | Mexico, MO |
| Acer | AXC-603G-UW13 | DTSUVAA00011803AE93000 | Mexico, MO |
| Lenovo | 90F1 | R302KY33 | Mexico, MO |
| Lenovo | 90F1 | R301LQ6K | Mexico, MO |
| Lenovo | 90F1 | R302KY3H | Mexico, MO |
| HP | 6300 COMPAQ PRO | MXL3031WPQ | Mexico, MO |
| DELL | Inspiron 3650 | 62KXHB2 | Mexico, MO |
| HP | S5-1234PC | S5-1234 | Mexico, MO |
| HP | 410-017CB | 3CR55104Q9 | Mexico, MO |

## Computer Monitors

| Make | Model | Serial/ Service Tag# | Screen Size |
|------|-------|---------------------|-------------|
| LG | 27MP33HQB | 409NDQA9N812 | 27" |
| LG | 27MP33HA | 409NDTC9N817 | 27" |
| LG | 27MP3HQB | 409NDLS9N816 | 27" |
| LG | 27MP3HQB | 409NDJX9N804 | 27" |
| HP | T3M82AA | 3CM6200HH5 | 25" |
| HP | T3M82AA | 3CM6170BC4 | 25" |
| HP | T3M82AA | 3CM6200GH1 | 25" |
| HP | T3M82AA | 3CM6170BFQ | 25" |
| HP | T3M82AA | 3CM6200GHB | 25" |
| HP | T3M82AA | 3CM61600ZN | 25" |
| HP | T3M82AA | 3CM6170C0M | 25" |
| HP | T3M82AA | 3CM6200GG1 | 25" |
| HP | T3M82AA | 3CM6200GH5 | 25" |
| HP | T3M82AA | 3CM6200JZ6 | 25" |
| HP | T3M82AA | 3CM6190PCJ | 25" |
| HP | T3M82AA | 3CM6200GJF | 25" |
| HP | T3M82AA | 3CM6200GGR | 25" |
| HP | T3M82AA | 3CM6170CHQ | 25" |
| HP | T3M82AA | 3CM61600Y8 | 25" |
| HP | T3M82AA | 3CM6190MVG | 25" |
| HP | T3M82AA | 3CM6200GJT | 25" |
| HP | T3M82AA | 3CM6170B8P | 25" |
| HP | T3M82AA | 3CM6200GJH | 25" |
| HP | T3M82AA | 3CM6190PJF | 25" |
| HP | T3M82AA | 3CM6170B85 | 25" |
| HP | T3M82AA | 3CM71101N7 | 25" |
| HP | T3M82AA | 3CM61601HW | 25" |
| HP | T3M82AA | 3CM6190PT3 | 25" |
| HP | T3M8SSAA | 3CM6170BCR | 25" |
| HP | T3M82AA | 3CM711012D | 25" |
| HP | HSTND-9171-N | 3CM6200LJF | 25" |
| HP | HSTND-9171-N | 3CM6200GCQ | 25" |
| HP | HSTND-9171-N | 3CM64301TM | 25" |
| HP | HSTND-9171-N | 3CM64301TP | 25" |
| LG | 24M37F-B | 510NTGYH9423 | 24" |
| LG | 24MP59HT-P | 703NTEP1J620 | 24" |
| LG | 24MP59HT-P | 703NTHM1J609 | 24" |
| LG | 24M37H-B | 510NTQDH9444 | 24" |
| LG | 24MP59HT-P | 703NTCZ1J515 | 24" |
| ACER | H236HL | MMLX1AA004435B6894210 | 23" |
| ACER | K22HQL | MMT0EAA00342306EA88512 | 22" |

| (Monitors) Make | Model | Serial/ Service Tag# | Screen Size |
|---|---|---|---|
| PLANAR | PLL2210W | PL424LTD02566 | 22" |
| PLANAR | PLL2210W | PL424LTD02445 | 22" |
| PLANAR | PLL2210W | PL424LTD01741 | 22" |
| PLANAR | PLL2210W | PL424LTD01661 | 22" |
| SAMSUNG | S22C300H | Z6SSHCKF603999K | 22" |
| AOC | 215LM00040 | ACUF49A006217 | 21" |
| ACER | H236HL | MMLXAA0046147B514210 | 23" |
| ACER | H236HL | MMLXAA0046147AAC24210 | 23" |
| LENOVO | L2364A | U38PK905 | 23" |
| PLANAR | PLL2210W | PL424LTD01595 | 22" |
| LG | 24MP5HQ-P | 409NDLSEK400 | 24" |
| SAMSUNG | S22D300HY | 02NGHCLF900565M | 22" |
| PLANAR | PLL2210W | PL424LTD01645 | 22" |
| ACER | H236HL | MMLX1AA0046147AAAC44210 | 23" |
| LG | 24MP5HQ-P | 409NDQAEK444 | 24" |
| HANNSPREE | HSG1106 | 038SJ3LY00858 | 20" |
| ACER | H236HL | MMLX1AA0046297AED64210 | 23" |
| HP | C3293AA | 3CM42407KM | 23" |
| LENOVO | L2364A | U38LV338 | 23" |
| AOC | 195LM00001 | GCJF8HA031508 | 19" |
| HP | S2031 | 3CQ0250FCC | 20" |
| ACER | X191W | ETL950B029707002183910 | 19" |
| ACER | H236HL | MMLX1AA0046147AA04210 | 23" |
| ACER | S240HL | MMLU5AA001445087F78516 | 24" |
| ACER | S20HL | ETLNY080031070AZ114226 | 20" |
| ACER | H236HL | MMLX1AA0045237B30E4210 | 23" |
| ACER | S240HL | MMLU5AA0015160C3158516 | 24" |
| ACER | H236HL | MMLX1AA0046147AAC04210 | 23" |
| HP | HSTND-9151-N | 3CM63106YL | 23" |
| LENOVO | L2364A | U38PL942 | 23" |
| ACER | H236HL | MMLX1AA0046147AABF4210 | 23" |
| HP | HSTND-3631-N | 3CM51602PL | 23" |
| VIEWSONIC | VS10781 | Q7P062920318 | 17" |
| HP | L1906 | CNC644R607 | 19" |
| ACER | AL1716 | ETL48020178030728939 6L | 17" |
| HP | L1906 | CNC623PNBD | 19" |

## Laptops

| Make | Model | Serial/ Service Tag# | Screen Size | |
|------|-------|---------------------|-------------|---|
| Lenovo | 80K9 | R90H6QOD | 15" | DFW |
| Lenovo | 20344 | CB34523397 | 13" | DFW |
| Lenovo | 80QF | R90JQH5P | 15" | DFW |
| HP | M7-N109DX | CND6054782 | 17" | DFW |
| Samsung | NP740U3L | 0LZH91HH702828P | 13.3" | DFW |
| Asus | K55A | C9N0AS293941381 | 15.6" | DFW |
| Acer | N16P2 | NXGCCA00236101A177200 | 15" | DFW |
| Samsung | NP740U3L | 0LZH91HH702938X | 13.3" | DFW |
| HP | x360 m6-q105dx | 8CG63717PF | 15.6" | DFW |
| Lenovo | Yoga 2 | 33398028 | 13" | DFW |
| Lenovo | Flex 2-15 | WB15680454 | 15" | DFW |
| ASUS | Q503U | FAN0CY424562428 | 15.6" | |
| Lenovo | Edge 15 | R90FRL2R | 15.6" | Mexico, MO |
| HP | Delphi D40 | 5CG1100464 | 15.6" | Mexico, MO |
| HP | x360 m6-ar004dx | 8CG6374RX2 | 15.6" | ATL |
| Lenovo | Idea Pad P580 | CB17278250 | 15.6" | DFW |
| Lenovo | Edge 2 80QF | R90JY9SD | 15.6" | DFW |
| Dell | P28F | 3R6BGW1 | 15.6" | DFW |
| Toshiba | P55-A5312 | XD326239S | 15.6" | DFW |
| HP | pavillion dv7-6b55dx | 2CE1411RD0 | 17.3" | DFW |

## Printers

| Make | Model | Serial/ Service Tag# | |
|------|-------|---------------------|---|
| HP | SNPRC-1101-01 | CN34JB3HY6 | DFW |
| HP | Office Jet Pro 8610 | CN468C314G | DFW |
| Lexmark | XM5163 | 74635C66029CN | DFW |
| Brother | MFC-J480DW | | Mexico, MO |
| Epson | WF4630 | SCWY145444 | Mexico, MO |

## Battery Backups

| Make | Model | Serial/ Service Tag# |
|------|-------|---------------------|
| APC | BT1000G | 3B1104X50587 |
| APC | BPJ00HC | 4B0516P37796 |

## Accounting:

4 small personal printers
1 large copier (leased)
6 CPU desktop computers
6 monitors
11 desk chairs
8 Side chairs

One small refrigerator come on microwave comer multiple tables come of filing cabinets, 2 whiteboards

Conference rooms each have one large TV

Kitchen has a refrigerator and table

16 desks in offices

9 big cubicles in ops pit

8 small cubicles

One large conference room table
Miscellaneous file cabinets both full and empty.

4-6 Small rolling training tables
One receptionist cubicle.

Customer service has 5 tasks and several tables. Many chairs
Dispatch has 3 desks and several tables
91 NEC phones plus box on the wall (OWNED)
33 laptops
28 plantronics headsets


## ITEMS ON DFW DOCK, MOVED FROM MEXICO MO:

6 desks for rolling carts
3 file cabinets
3 printers
15 chairs
7 hand trucks
One conference Room table

# AURORA, COLORADO

2 desks/credenzas
4 computers
Approx. 30 chairs
20 phones (leased through NEC financial)
Office supplies

1 zebra label printer
1 copier (leased)
3 office printers
Pallet jacks
Warehouse racking

## MEXICO, MO

Tables- 4
Desks-5
File cabinets- 4
Cubicle- 4 full; 3 partials and 6 loose panels

## Copiers

BIZHUB 454E  Konica Minolta   Serial number A61E011025907   CAGNEY OPS  UPSTAIRS
Lexmark XM5163   serial number 74635C66029BH  Supplies for this Perry Tech ID# H9813

**The methodology for valuation is based on the mid-range value from the Salvation Army Value Guide, as that can be used to determine fair market value for purposes of taking an IRS deduction for donation of furniture and equipment.**

|  | Total estimated fair market value of known values | Comments and assets not valued |
|---|---|---|
| Computers DFW | $7,837.50 | |
| Computer monitors | $2,117.50 | |
| Laptops | $4,750.00 | |
| Printers | $387.00 | |
| Battery Backups | Unknown | |
| Accounting | $20,657.50 | NEC Phones and Plantronics headsets not valued |
| Items on DFW Dock | $1,596.25 | |
| Aurora Colorado | $1,685.00 | NEC phones, pallet jacks, and warehouse racking not valued |
| Mexico Missouri | $1,972.50 | |
| Copiers | Unknown | |
|  | $41,003.25 | |

# Schedule A/B - Exhibit 47

## 47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| State | Year | Make | Model | Description | VIN | Unit | Ins Value |
|-------|------|------|-------|-------------|-----|------|-----------|
| TX | 1997 | Trailmobile | Trailer | Trailer | 1PT01JAH5V6008154 | 17661 | $5,700.00 |
| TX | 1998 | Trailmobile | Trailer | Trailer | 1PT01JAHXW6001914 | 20943 | $5,700.00 |
| TX | 1985 | Buddy | Trailer | Trailer | W927FE217719 | C35097 | $5,000.00 |
| TX | 1998 | Great Dane | Trailer | Trailer | 1GRAA0626WB131737 | C35098 | $7,000.00 |
| TX | 1999 | Great Dane | Trailer | Trailer | 1GRAA062XXB007066 | C35099 | $2,200.00 |
| | 1995 | Volvo | Tractor | Tractor | 4V1JBBME95R833845 | 2 Yard Dog | $9,000.00 |
| | 2003 | International | Tractor | Tractor | 2HSCAATN03C063742 | 3 | $20,395.00 |
| | 1997 | Stoughton | Trailer | Trailer | 1DW1A5323VS114172 | 4 | $3,500.00 |
| | 1999 | Great Dane | Trailer | Trailer | 1GRAA0626XB006951 | 35099 | $2,200.00 |
| | 2006 | Ford | F350 Small Box Truck | Box Truck | 1FDSE35LX6DA14628 | 1 Spare | $10,000.00 |
| | | | | | | | $70,695.00 |

# Schedule A/B – Exhibit 50

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Forklift
Komatsu Forklift USA Serial 403440A A-908252   Model FG244t11  Side shifter
MAST    5200 hours  PROPANE

Forklift
Hyster forklift -  model J35XMT2 -  serial H160N03393Z   36 V electric – battery (need
replacing)  36V Charger   OLD- can't turn on to see hours

Forklift


1 "walkie" (motorized standing pallet jack)

5 pallet jacks

Warehouse racking

Miscellaneous tools and hand trucks

# Schedule A/B - Exhibit 55
## Real Property

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Office Building - Irving Texas 9000 North Royal Lane, Suite A Dallas, TX 75063 | Leasehold | unknown | unknown | unknown |
| Office Building 3500 N. Windsor Drive, #400 Aurora, CO 80011 | Leasehold | unknown | unknown | unknown |
| Office Building 2201 Lakeview Road Mexico, MO 65265 | Leasehold - assigned, with Landlord's consent on October 18, 2017 to Aerostar Business Development, LLC | | | |

# Schedule A/B - Exhibit 62

## 62. Licenses, franchises and royalties

| License | Issued By | Renewal Date | Contact Information |
|---|---|---|---|
| SCAC Code: CGLL (Cagney Global) | NMFTA | 30-Jun-18 | 703/ 838-1810 AMS.SCAC@DHS.GOV |
| FF-11957-P Freight Forwarder | USDOT FMCSA | Remains in force until revoked | Lee.levine@dotgov |
| USDOT 659325 | USDOT FMCSA | Remains in force until revoked | 800/832-5660 SAFER Web FMCSA |
| MC 303409 Operating Authority | FMCSA | Remains in force until revoked | 866/637-0635 |
| NAICS 488510 Frt Transportation | | | |
| IAC#: SC1504006 | Transportation Security Admin | 2l -Aug - l 8 | Paula Howard would have this info |
| IA TA (DFW) 0111707/0010 | Cargo Network Services Corp. | N/A | Teresita Garcia Maso 786/ 413-1000 |
| IATA (DEN) 0111707/ 0021 | Cargo Network Services Corp . | N/A | Teresita Garcia Maso 786/413-1000 |
| Broker License #303409-B | U.S. Dept of Transportation | Issued 11/27/2006 | FMCSA - Effective-As long as filings updated |
| City of Mexico Business License #0821 | City of Mexico Clerk's Office | 7/1/2017-7/1/2018 | 573/581-2100 Fax 573/581-2236 |
| City of Aurora Business License #176627 | City of Aurora , Colorado | 7/8/ 2.01.7- 7/ 8/ 2018 | 303/739-7057 Licensing Office -Aurora |
| TXDOT #005927558C | Texas DMV - Cagney Global | 9/30/2017 | www.txdmv.gov/onestop 800/299-1700 |
| WCA Member ID 88955 Cagney Global | WCAWorld | Joined 04/17/2014 | Bryce Barnhart 954/973-5537 |
| Cagney Express - USDOT #2569105 | FM CSA - USDOT | Active 07/16/2015 | FMCSA - USDOT |
| Cagney Express - MC #897830 | FMCSA - USDOT | Active 07/16/2015 | FMCSA - USDOT |
| Cagney Express - EIN 47-2178490 | Dept of Treasury | Issued 10/27/2014 | |
| Cagney Express - TXDOT #006986703C | Texas DMV - Cagney Express | Issued 03/21/2016 | www.txdmv.gov/onestop 800/299-1700 |

# Schedule A/B - Exhibit 73

73.  Interest in insurance policies or annuities

| Policy | Issued By | Renewal Date | Contact Information | Limits |
|---|---|---|---|---|
| BMC-84/Surety Bond #2014060114 | American Alternative Ins Corp | Effective 12/10/2015 | Kathleen Dorman Roanoke Group | $75,000 |
| Cagney Express - 908B001917 | Burlington Ins Co | 8/1/2017-8/1/2018 | Ben Spurgin Ins - Ralph French 214/871-3322 | General Liability $1,000,000 Agg. $2 Mil |
| Cagney Express - MCP18111C | Great West Casualty Co | 8/1/2017-8/1/2018 | Ben Spurgin Ins - Ralph French 214/871-3322 | Auto Liability $1,000,000 & Physical Damage |
| Cagney Express - Excess Liability | Hallmark Ins Co 77HX1742F9 | 8/1/2017-8/1/2018 | Ben Spurgin Ins - Ralph French 214/871-3322 | Excess liability - $1mil |
| E&O Insurance Policy 17E00556 | Lloyds of London | 2/18/2017-2/18/2018 | Jennifer Armstrong Roanoke Group 713/528-6464 | $1,000,000 |
| Trade Shows & Exhibits Policy 16RTS6275 | Endorsement to Cargo Policy | 11/22/2016-11/22/2017 | Jennifer  Armstrong Roanoke Group 713/528-6464 | $50,000 |
| Marine Open Cargo Policy 16RTS6275 | Lloyds of London | 11/21/2016-11/21/2017 | Jennifer Armstrong Roanoke Group 713/528-6464 | $3,000,000 |
| Bailee's Customer Endorsement | Endorsement to Cargo Policy | 11/22/2016-11/22/2017 | Jennifer Armstrong Roanoke Group 713/528-6464 | DFW $1.5 mil / DEN  $500k/OH-CA-MI-Mo $100k |
| Contingent MTC Policy 16RTS6275 | Lloyds of London | 11/22/2016-11/22/2017 | Jennifer Armstrong Roanoke Group 713/528-6464 | $1,000,000 |
| General Liability Policy VIGP018127 | Gemini Insurance Company | 3/1/2017-3/1/2018 | Bobbie Fitzgerald USI Colorado 800/873-8500 | $1mil-Agg $2mil - Med Exp $5,000 |
| Excess Liability Policy XLS0101583 | Scottsdale Insurance Company | 3/1/2017-3/1/2018 | Bobbie Fitzgerald USI Colorado 800/873-8500 | $3,000,000 |
| Automobile Policy #2004916540 | National General/Home | 4/18/2017 - 4/18/2018 | Ben Spurgin Ins - Ralph French 214/871-3322 | Liability $1 mil - Physical Damage - Mercedes |
| Key Man Insurance Policy No. 41002891 | American National Insurance Company | | | $2,000,000.00 |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

## SCHEDULE D: CREDITORS WHO HAVE CLAIMS SECURED BY PROPERTY

**1. Do any creditors have claims secured by debtor'|s property?**

   ❑ No. Check this box and submit page 1 of this form to the court with debtor¡|s other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name and address<br><br>P2BInvestor, LLC<br>1120 Lincoln Street, Suite 100<br>Denver, CO 80203<br><br>Creditors email address, if known<br><br>Date debt was incurred August 20, 2015<br><br>Last 4 digits of account no.<br><br>Do multiple creditors have an interest in the same property?<br>❑ No<br>■ Yes, Specify each creditor including this creditor, and its relative priority<br>  ❑ No. Specify each creditor, including this creditor, and its relative priority.<br><br>  ❑ Yes. The relative priority of creditors is specified on lines<br>  ____ | Describe debtor's property that is subject to a lien<br><br>Accounts, general intangibles, equipment, deposit accounts, reserves, investment property<br><br>Describe the lien<br><br>Consensual Factoring Agreement<br><br>Is the creditor an insider or related party<br>■ No<br>❑ Yes<br><br>Is anyone else liable on this claim?<br>❑ No<br>■ Yes. Fill out Schedule H: Codebtors<br><br>As of the petition filing date, the claim is:<br>Check all that apply:<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br><br>Factor has purchased $2,027,058.00 (approx) of accounts not collected as of petition date which will reduce this claim amount. | $1,723,000.06 | $1,992,742.16<br><br>(exclusive of taxing authorities secured claims) |
| **2.2** Creditor's name and address<br><br>Adams County Treasurer<br>4430 S. Adams County Parkway<br>Suite C2436<br>Brighton, CO 80601<br><br>Creditors email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account no.<br>3597<br><br>Do multiple creditors have an interest in the same property?<br>❑ No<br>❑ Yes. Have you specified the relative priority?<br>  ❑ No. Specify each creditor, including this creditor, and its relative priority.<br><br>  ❑ Yes. The relative priority of creditors is specified on lines | Describe debtor's property that is subject to a lien<br><br>Describe the lien<br><br>Is the creditor an insider or related party<br>■ No<br>❑ Yes<br><br>Is anyone else liable on this claim?<br>■ No<br>❑ Yes. Fill out Schedule H: Codebtors<br><br>As of the petition filing date, the claim is:<br>Check all that apply:<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed | $5,435.10 | unknown but sufficient |
| **3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | | $3,557,499.68 | |

Cagney Global Logistics, Inc., Debtor        Case No. 17-33935-HDH-7

### Schedule D - Creditors Who Have Claims Secured by Property
### Page 2 of 4

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| 2.3 | **Creditor's name and address**<br><br>City of Aurora<br>Tax and Licensing Office<br>15151 E. Alameda Parkway #5700<br>Aurora, CO 80012<br><br>Creditors email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account no.<br>0850<br><br>**Do multiple creditors have an interest in the same property?**<br>❑ No<br>❑ Yes. Have you specified the relative priority?<br>  ❑ No. Specify each creditor, including this creditor, and its relative priority.<br><br>  ❑ Yes. The relative priority of creditors is specified on lines ___ | **Describe debtor's property that is subject to a lien**<br><br><br>**Describe the lien**<br><br><br>**Is the creditor an insider or related party**<br>■ No<br>❑ Yes<br><br>**Is anyone else liable on this claim?**<br>■ No<br>❑ Yes. Fill out Schedule H: Codebtors<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply:*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed | | $4,497.20 | unknown but sufficient |
| 2.4 | **Creditor's name and address**<br><br>Dallas County Tax Assessor Collector<br>1201 Elm Street, Suite 2600<br>Dallas, TX 75270<br><br>Creditors email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account no.<br>1318<br><br>**Do multiple creditors have an interest in the same property?**<br>❑ No<br>■ Yes. Have you specified the relative priority?<br>  ❑ No. Specify each creditor, including this creditor, and its relative priority.<br>    Taxing Authority as to BPP<br>    P2BInvestors<br>    Forward Air, Inc.<br><br>  ❑ Yes. The relative priority of creditors is specified on lines ___ | **Describe debtor's property that is subject to a lien**<br><br>Debtor's business personal property per statutory definition<br><br>**Describe the lien**<br><br><br>**Is the creditor an insider or related party**<br>■ No<br>❑ Yes<br><br>**Is anyone else liable on this claim?**<br>■ No<br>❑ Yes. Fill out Schedule H: Codebtors<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply:*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed | | $2,486.65 | unknown but sufficient |

Cagney Global Logistics, Inc., Debtor _____  Case No. 17-33935-HDH-7 _____

## Schedule D - Creditors Who Have Claims Secured by Property
### Page 3 of 4

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.5** | **Creditor's name and address**<br><br>Forward Air, Inc.<br>P. O. Box 1058<br>Greeneville, TN 37744<br><br>Creditors email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account no.<br><br>**Do multiple creditors have an interest in the same property?**<br>❑ No<br>■ Yes.  Specify each creditor including this creditor, and its relative priority.<br> ■ No. Specify each creditor, including this creditor, and its relative priority.<br> Accounts - other intangible items<br> P2BInvestors<br><br>■ Yes.  The relative priority of creditors is specified on lines<br> See also 2.5 above | **Describe debtor's property that is subject to a lien**<br><br>All items perfectible per a UCC-1 including commercial torts (likely avoidable)<br><br>**Describe the lien**<br>Lien to secure significant antecedent debt<br><br>**Is the creditor an insider or related party**<br>■ No<br>❑ Yes<br><br>**Is anyone else liable on this claim?**<br>■ No<br>❑ Yes. Fill out Schedule H: Codebtors<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply:*<br>❑ Contingent<br>❑ Unliquidated<br>■ Disputed | $1,812,623.52 | $269,742.10<br><br>(Exclusive of taxing authorities secured claims) |
| **2.6** | **Creditor's name and address**<br><br>Mid-Missouri Truck & Tractor, LLC<br>2480 E. Liberty St.<br>Mexico, MO 65265<br><br>Creditors email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account no.<br><br>**Do multiple creditors have an interest in the same property?**<br>❑ No<br>■ Yes.  Have you specified the relative priority?<br> ❑ No.  Specify each creditor, including this creditor, and its relative priority.<br> Mid-Missouri<br> P2BInvestors<br> Forward Air, Inc.<br><br>❑ Yes.  The relative priority of creditors is specified on lines<br> ____ | **Describe debtor's property that is subject to a lien**<br><br>1997 Stought Tractor<br>VIN #xxxx14172<br><br>**Describe the lien**<br>Garageman's Lien<br><br>**Is the creditor an insider or related party**<br>■ No<br>❑ Yes<br><br>**Is anyone else liable on this claim?**<br>■ No<br>❑ Yes.  Fill out Schedule H: Codebtors<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply:*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed | $3,996.70 | $4,000.00 |

Cagney Global Logistics, Inc., Debtor         Case No. 17-33935-HDH-7

### Schedule D - Creditors Who Have Claims Secured by Property
Page 4 of 4

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | | |

| 2.8 | **Creditor's name and address**<br><br>AFCO Insurance Premium Finance<br>P. O. Box 4795<br>Carol Stream, IL 60197<br><br>**Creditors email address, if known**<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account no.**<br><br>**Do multiple creditors have an interest in the same property?**<br>❏ No<br>■ Yes.  Have you specified the relative priority?<br>  ❏ No.  Specify each creditor, including this creditor, and its relative priority.<br><br>  ❏ Yes.  The relative priority of creditors is specified on lines ____ | **Describe debtor's property that is subject to a lien**<br><br>Residual value of policy upon cancellation<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party**<br>■ No<br>❏ Yes<br><br>**Is anyone else liable on this claim?**<br>❏ No<br>❏ Yes.  Fill out Schedule H: Codebtors<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply:*<br>❏ Contingent<br>❏ Unliquidated<br>❏ Disputed | $5,263.96 | unknown but sufficient |

**Fill in this information to identify the case:**

Debtor    Cagney Global Logistics, Inc.

United States Bankruptcy Court for the:   Northern    District of   Texas
                                              (State)

Case number   17-33935-HDH-7
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| **2.1** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>P. O. Box 145500<br>Cincinnati, OH 14550 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $ 38,309.37 | $ 0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>940 Taxes - December 2014 | **Resolved per letter from IRS dated 11/6/2017 - $0.00 liability | |
| | Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | | | |

| **2.2** | Priority creditor's name and mailing address<br>State of California<br>Franchise Tax Board<br>Sacramento, CA 94257-0511 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 250.00 | $ 250.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number 1 9 2 4 | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | | | |

| **2.3** | Priority creditor's name and mailing address<br>State Compensation Insurance Fund<br>P. O. Box 7441<br>San Fancisco, CA 94210 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 518.04 | $ 518.04 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number 6 3 1 6 | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | | | |

Debtor _____ Cagney Global Logistics, Inc., Debtor _____
    Name

Case number *(if known)*   17-33935-HDH-7

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4** Priority creditor's name and mailing address

Tarrant County Tax Assessor-Coll.

100 E. Weatherford

Fort Worth, TX  76196

$ 67.00      $ 67.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

City of Mexico Clerk's Office

300 North Coal Street

Mexico, MO  65265

$ 196.49      $ 196.49

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

$ _____      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

$ _____      $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Cagney Global Logistics, Inc., Debtor                    Case No. 17-33935-HDH-7

## SCHEDULE E/F: CREDITORS WHO HAVE UNSECURED CLAIMS

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims.                    Amount of Claim

| 3.1 | Nonpriority creditor's name and mailing address<br><br>1A Intermodal<br>8081 NW 67th St<br>Miami, FL 33166<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $8,920.00 |
|---|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br><br>24 Hour Express<br>1925 S. Milestone Drive, Suite E<br>Salt Lake City, UT 84104<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $150.00 |
| 3.3 | Nonpriority creditor's name and mailing address<br><br>5th Dimension/Westchester Putnam Frei<br>82 Bethany Rd<br>Suite 9 & 10<br>Hazlet, NJ 07730<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $63.90 |
| 3.4 | Nonpriority creditor's name and mailing address<br><br>A & B Trucking<br>1021 West B Street<br>Ontario, CA 91762<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $3,500.00 |
| 3.5 | Nonpriority creditor's name and mailing address<br><br>A to Z Trucking<br>3107 Caroline St<br>Saint Louis, MO 63104<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $8,300.00 |

Cagney Global Logistics, Inc., Debtor                          Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 2 of 107

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br><br>A.P Pent Forwarding & Logistics<br>300, V. Konstantinou Ave 19400<br>Korpi, Athens, CA . GREECE | $242.27 |
| | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | Is the claim subject to offset?<br>☐ No<br>☐ Yes |
| 3.7 | **Nonpriority creditor's name and mailing address**<br><br>A-1 Delivery Service Inc<br>PO Box 36906<br>Houston, TX 77236 | $2,095.43 |
| | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | Is the claim subject to offset?<br>☐ No<br>☐ Yes |
| 3.8 | **Nonpriority creditor's name and mailing address**<br><br>A-1 Security<br>8200 E Pacific Place Ste 309<br>Denver, CO 80231 | $114.69 |
| | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | Is the claim subject to offset?<br>☐ No<br>☐ Yes |
| 3.9 | **Nonpriority creditor's name and mailing address**<br><br>ABC European Airsea Cargo<br>Frankfurter Straße 233, 4.Stock<br>Triforum, Bauteil C2<br>Neu-Isenburg, 63263<br>GERMANY | $3,225.38 |
| | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | Is the claim subject to offset?<br>☐ No<br>☐ Yes |
| 3.10 | **Nonpriority creditor's name and mailing address**<br><br>Above and Beyond Inc<br>7240 W Erie St, #1<br>Chandler, AZ 85226 | $139.05 |
| | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | Is the claim subject to offset?<br>☐ No<br>☐ Yes |
| 3.11 | **Nonpriority creditor's name and mailing address**<br><br>ABQ Express<br>2400 Alamo Se<br>Albuquerque, NM 87103 | $5,024.57 |
| | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | Is the claim subject to offset?<br>☐ No<br>☐ Yes |

Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 3 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 12 | **Nonpriority creditor's name and mailing address**<br><br>Accelerated, Inc<br>515 Airpark Center Drive<br>Nashville, TN 37217 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $11,252.55 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 13 | **Nonpriority creditor's name and mailing address**<br><br>Accounting Principals<br>Dept Ch 14031<br>Mellon Financial Services<br>Palatine, IL 60055 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $18,763.18 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 14 | **Nonpriority creditor's name and mailing address**<br><br>ACD Logistics<br>16925 Feder Dr<br>Foley, AL 36535 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $3,400.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 15 | **Nonpriority creditor's name and mailing address**<br><br>Associated Customs & Forwarding Services Pty Ltd<br>285 Coward Street<br>2020 NWS, Mascot<br>AUSTRALIA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $8,972.71 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 16 | **Nonpriority creditor's name and mailing address**<br><br>ACS Metro-Express<br>1424 North Market Blvd, Suite 80<br>Sacramento, CA 95834 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $19,807.53 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 17 | **Nonpriority creditor's name and mailing address**<br><br>Action Logistics Co Inc<br>30300 Cypress St<br>Romulus , MI 48174 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $193.10 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor                                    Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 4 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br><br>Action-Port Courier Inc<br>697 Old Marple Rd.<br>Springfield, PA 19064 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $185.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3.19 | **Nonpriority creditor's name and mailing address**<br><br>Adams Express dba Team Worldwide<br>706 Parkway View Drive<br>Pittsburgh, PA 15205 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $275.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3.20 | **Nonpriority creditor's name and mailing address**<br><br>Advance Trucking<br>22935 Rolling Hills Dr<br>Sedalia, MO 65301 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $5,550.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3.21 | **Nonpriority creditor's name and mailing address**<br><br>Advantage Financial Services<br>PO Box 660831<br>Dallas, TX 75266 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $707.97 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3.22 | **Nonpriority creditor's name and mailing address**<br><br>Aerospeed<br>750 Freeport Blvd, Ste 106<br>Sparks, NV 89431 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $730.45 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3.23 | **Nonpriority creditor's name and mailing address**<br><br>Aerotek Professional Services<br>3689 Collection Ctr. Dr.<br>Chicago, IL 60693 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $86,219.26 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 5 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| **3.24** Nonpriority creditor's name and mailing address<br><br>Air Canada Cargo<br>PO Box/ C.P. 966<br>Winnipeg, MB R3C 2V6<br>CANADA<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $4,361.93 |
| **3.25** Nonpriority creditor's name and mailing address<br><br>Air Cargo Delivery of Fayetteville<br>3279 Doc Bennett Rd<br>PO Box 64072<br>Fayetteville, NC 28306<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $72.94 |
| **3.26** Nonpriority creditor's name and mailing address<br><br>Air Cargo, Inc.<br>180 Admiral Cochrane Dr Suite 305<br>Annapolis, MA 21401<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $359.00 |
| **3.27** Nonpriority creditor's name and mailing address<br><br>Air Ground Xpress<br>700 Airside Drive, Bldg. 117<br>Moon Township, PA 15108<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $332.42 |
| **3.28** Nonpriority creditor's name and mailing address<br><br>Air Menzies International<br>Dept 3370<br>PO Box 123370<br>Dallas, TX 75132<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $233.28 |
| **3.29** Nonpriority creditor's name and mailing address<br><br>Air Surface Express LLC TPA<br>6605 Anderson Rd<br>Tampa, FL 33634<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $1,441.14 |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 6 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| **3. 30** **Nonpriority creditor's name and mailing address** <br><br> Airport Courier Service <br> 30 Railroad Ave <br> Revere, MA 02151 <br><br><br> **Date or dates debt was incurred:** <br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Trade Debt <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | $3,554.31 |
| **3. 31** **Nonpriority creditor's name and mailing address** <br><br> Airport Drayage PDX <br> 6331 Ne 112th Ave <br> Portland, OR 97220 <br><br><br> **Date or dates debt was incurred:** <br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Trade Debt <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | $17,294.83 |
| **3. 32** **Nonpriority creditor's name and mailing address** <br><br> Airtransa SRL <br> Air Cargo Centre <br> Edif. Servicios Generales Oficina: 224 <br> 28042 Madrid <br> SPAIN <br><br> **Date or dates debt was incurred:** <br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Trade Debt <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | $1,205.10 |
| **3. 33** **Nonpriority creditor's name and mailing address** <br><br> Alaska Airlines Inc. <br> PO Box 68900 <br> 19300 Pacific Highway South <br> Seattle, WA 98188 <br><br> **Date or dates debt was incurred:** <br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Trade Debt <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | $696.34 |
| **3. 34** **Nonpriority creditor's name and mailing address** <br><br> All Cartage Trans <br> 12621 Chardon Ave <br> Hawthorne, CA 90250 <br><br><br> **Date or dates debt was incurred:** <br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Trade Debt <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | $266.76 |
| **3. 35** **Nonpriority creditor's name and mailing address** <br><br> All Haul Trucking <br> 105 Windsor Dr <br> Fayetteville, GA 30215 <br><br><br> **Date or dates debt was incurred:** <br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Trade Debt <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | $3,600.00 |

Cagney Global Logistics, Inc., Debtor     Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 7 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|

| 3. 36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|
| | All Seasons Lawn Care<br>8936 Hwy Nn<br>Mexico, MO 65265 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3. 37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,932.69 |
|---|---|---|---|
| | All Star Freight Services<br>200 Crofton Rd<br>Kenner, LA 70062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3. 38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $214.40 |
|---|---|---|---|
| | Allegra<br>2200 Chambers Road Suite A<br>Aurora, CO 80011 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3. 39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.01 |
|---|---|---|---|
| | Allegro International Service Inc<br>19401 S. Main St. Suite 201<br>Gardena, CA 90248 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3. 40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82.18 |
|---|---|---|---|
| | Allied Door LLC<br>9577 County Rd 1062<br>Martinsburg, MO 65264 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3. 41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,042.00 |
|---|---|---|---|
| | Alpha Courier Solutions<br>8351 Block House Way #311<br>Knoxville, TN 37923 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor                                    Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 8 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3.42 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| Alpha Services Corp (Jani King) 4535 Sunbelt Dr Addison, TX 75001 | ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** Trade Debt | |
| **Date or dates debt was incurred:** **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.43 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,300.00 |
| Alpha Transfer 4045 Stonecroft Dr Saint Charles, MO 63304 | ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** Trade Debt | |
| **Date or dates debt was incurred:** **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.44 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| Am Trans Expedite 710 W Belden Ave Addison, IL 60101 | ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** Trade Debt | |
| **Date or dates debt was incurred:** **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.45 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,534.67 |
| Ameren Missouri P O Box 88068 Chicago, IL 60680 | ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** Trade Debt | |
| **Date or dates debt was incurred:** **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.46 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,146.64 |
| American Airlines Inc. PO Box 2994 Carol Stream, IL 60132 | ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** Trade Debt | |
| **Date or dates debt was incurred:** **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.47 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,521.46 |
| American Expediting 801 N. Primos Avenue Folcroft, PA 19032 | ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** Trade Debt | |
| **Date or dates debt was incurred:** **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

Cagney Global Logistics, Inc., Debtor                               Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 9 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address**<br><br>American Expediting Co<br>801 N Primos Ave<br>Folcroft, PA 19032<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $65,926.53 |
| 3.49 | **Nonpriority creditor's name and mailing address**<br><br>American Express<br>PO Box 650448<br>Dallas, TX 75265<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $45,101.70 |
| 3.50 | **Nonpriority creditor's name and mailing address**<br><br>American Freight<br>14755 Slover Ave<br>Fontana, CA 92337<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $3,800.00 |
| 3.51 | **Nonpriority creditor's name and mailing address**<br><br>American Lamprecht Transport Inc<br>10200 East Girard Ave, Bldg B-233<br>Denver, CO 80231<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $0.18 |
| 3.52 | **Nonpriority creditor's name and mailing address**<br><br>Amerijet International Inc.<br>2800 S. Andrews Avenue<br>Fort Lauderdale, FL 33316<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $4,224.99 |
| 3.53 | **Nonpriority creditor's name and mailing address**<br><br>Ameristaff<br>519 Salt Lick Road<br>Saint Peters, MO 63376<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $33,196.62 |

Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 10 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address**<br><br>Amerivet Exchange<br>18622 Audrain Rd 917<br>Mexico, MO 65265 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | $5,800.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.55 | **Nonpriority creditor's name and mailing address**<br><br>AMS Courier ANC FAI<br>5001 Artic Blvd Unit #2<br>Anchorage, AK 99503 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | $971.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.56 | **Nonpriority creditor's name and mailing address**<br><br>Amtrust Financial Company<br>PO Box 931147<br>Atlanta, GA 31193 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | $2,999.25 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.57 | **Nonpriority creditor's name and mailing address**<br><br>Andes Shipping<br>Moneda 973, of 738<br>Santiago Centro, RM<br>CHILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | $2,341.52 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.58 | **Nonpriority creditor's name and mailing address**<br><br>Anytime Express Delivery<br>99250 E 55th St Ste A<br>Tulsa, OK 74146 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | $490.37 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.59 | **Nonpriority creditor's name and mailing address**<br><br>AP Transport<br>13314 Se 279th Pl<br>Kent, WA 98042 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | $4,200.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 11 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address**<br><br>APL<br>26 Century Blvd Colonnade Level<br>Nashville, TN 37214 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $40.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.61 | **Nonpriority creditor's name and mailing address**<br><br>APS Express LLC<br>10419 Ne 97th St<br>Vancouver, WA 98662 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $4,050.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.62 | **Nonpriority creditor's name and mailing address**<br><br>APTUS Delivery Systems<br>5701 Fortune Circle South, Suite A<br>Indianapolis, IN 46241 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $4,373.37 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.63 | **Nonpriority creditor's name and mailing address**<br><br>Aramark<br>Aus St. Louis Mc Lockbox<br>26792 Network Place<br>Chicago, IL 60673 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $886.32 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.64 | **Nonpriority creditor's name and mailing address**<br><br>Archer Atlantic<br>8471 Turnpike Dr, Ste 232<br>Westminster, CO 80031 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $3,500.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.65 | **Nonpriority creditor's name and mailing address**<br><br>Arizona Courier Expediter<br>PO Box 369<br>Vail, AZ 85641 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $215.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor                                    Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 12 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,581.00 |
|---|---|---|---|
| | Arrow Exterminators, Inc. 2695 Leeshire Road # 200 Tucker, GA 30084 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred:** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☐ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,555.00 |
|---|---|---|---|
| | Arthur Martinez PO Box 7586 Dallas, TX 75209 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred:** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☐ No ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $356.00 |
|---|---|---|---|
| | ASAP Executive Courier Service 3680 West Ashcroft Fresno, CA 93722 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred:** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☐ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,400.00 |
|---|---|---|---|
| | ASBER Express Service 5801 Preston Oaks Rd, #118 Dallas, TX 75254 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred:** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☐ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $452.82 |
|---|---|---|---|
| | Aspen Distribution 10875 E. 40th Avenue Denver, CO 80239 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred:** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☐ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Asia Trade Consultants LLC 1544 Ostrander Ave La Grange Park, IL 60526 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred:** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☐ No ☐ Yes | |

Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 13 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3.72 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $152.64 |
| AT&T 573 582 0443 584 P O Box 5001 Carol Stream, IL 60197 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Basis for the claim:** Trade Debt | |
| **Date or dates debt was incurred:** **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.73 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $248.68 |
| AT&T 573 582 9869 472 4 P O Box 5001 Carol Stream, IL 60197 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Basis for the claim:** Trade Debt | |
| **Date or dates debt was incurred:** **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.74 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,564.12 |
| ATL Freight (f/k/a the Expediting Co.) 5192 Southridge Parkway Atlanta, GA 30349 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Basis for the claim:** Trade Debt | |
| **Date or dates debt was incurred:** **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.75 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,996.24 |
| Atlantic Freight of Savannah P O Box 7552 Savannah, GA 31408 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Basis for the claim:** Trade Debt | |
| **Date or dates debt was incurred:** **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.76 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $51.89 |
| Atmos Energy P. O. Box 790311 Saint Louis, MO 63179 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Basis for the claim:** Trade Debt | |
| **Date or dates debt was incurred:** **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.77 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $690.53 |
| Augusta Delivery Service P. O. Box 211651 Martinez, GA 30917 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Basis for the claim:** Trade Debt | |
| **Date or dates debt was incurred:** **Last 4 digits of account number:** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

Cagney Global Logistics, Inc., Debtor _____ Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 14 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address**<br><br>Automated Systems Consulting, LLC<br>PO Box 7478<br>Columbia, MO 65205 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $537.50 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3.79 | **Nonpriority creditor's name and mailing address**<br><br>Avianca - Aerovias Nacionales De<br>Centro Administration Avianca<br>Avenida El Dorado No. 92-30<br>Bogota,   COLUMBIA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $341.15 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3.80 | **Nonpriority creditor's name and mailing address**<br><br>AVL Growth Partners<br>1445 Pearl Street, Suite 201<br>Boulder, CO 80302 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $23,764.40 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3.81 | **Nonpriority creditor's name and mailing address**<br><br>AWR Transport Inc<br>11843 68th St<br>Largo, FL 33773 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $900.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3.82 | **Nonpriority creditor's name and mailing address**<br><br>Bam Cartage<br>1723 S.W. Bypass F<br>Springfield, MO 65807 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $266.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3.83 | **Nonpriority creditor's name and mailing address**<br><br>Basic Enterprise Inc<br>2567 Greenleaf Ave<br>Elk Grove Village, IL 60007 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $6,455.84 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |

Cagney Global Logistics, Inc., Debtor                            Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 15 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3. 84 | **Nonpriority creditor's name and mailing address**<br><br>Baton Rouge Air Cargo<br>PO Box 77316<br>Baton Rouge, La 70879<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $1,747.95 |
| 3. 85 | **Nonpriority creditor's name and mailing address**<br><br>BB Cargo Group International Sa De Cv<br>Circuito Circunvalacion Oriente 146 301 302<br>Col. Ciudad Satelite Naucalpan De Juarez<br>Juarez, MEXICO<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $0.00 |
| 3. 86 | **Nonpriority creditor's name and mailing address**<br><br>Beavex Las<br>2875 N Lamb Blvd #5<br>Las Vegas, NV 89115<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $1,113.50 |
| 3. 87 | **Nonpriority creditor's name and mailing address**<br><br>Ben Spurgin Insurance<br>2521 Cedar Springs<br>Dallas, TX 75201<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $54,056.20 |
| 3. 88 | **Nonpriority creditor's name and mailing address**<br><br>Best Buy Business Advantage Account<br>P O Box 731247<br>Dallas, TX 75373<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $6,341.46 |
| 3. 89 | **Nonpriority creditor's name and mailing address**<br><br>BHF Express<br>1719 Ashley Circle, Ste 16<br>Bowling Green, KY 42101<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $2,500.00 |

Cagney Global Logistics, Inc., Debtor                                    Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 16 of 107

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 90 | **Nonpriority creditor's name and mailing address**<br><br>BI State Transport<br>223 Enchanted Pkwy, #2A<br>Ballwin, MO 63026<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $0.00 |
| 3. 91 | **Nonpriority creditor's name and mailing address**<br><br>Birmingham Air Frt<br>5335 Airport Hwy<br>Birmingham, AL 35212<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $4,642.35 |
| 3. 92 | **Nonpriority creditor's name and mailing address**<br><br>B-Line Express<br>1770 Frankstown Road<br>Johnstown, PA 15902<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $591.31 |
| 3. 93 | **Nonpriority creditor's name and mailing address**<br><br>Blue Cross Blue Shield of Illinois<br>Health Care Service Corp.<br>PO Box 21026<br>Tulsa, OK 74121<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $455.00 |
| 3. 94 | **Nonpriority creditor's name and mailing address**<br><br>Blue Ribbon Courier Inc<br>15605 McCutchan Rd<br>Evansville, IN 47725<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $207.35 |
| 3. 95 | **Nonpriority creditor's name and mailing address**<br><br>Blue Streak Courier Jax<br>3840 Belfort Road Suite 303<br>Jacksonville, FL  32216<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $802.00 |

Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 17 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|

| 3. 96 | **Nonpriority creditor's name and mailing address** | $1,675.00 |
|---|---|---|
| | BM2 Freight Services Inc<br>PO Box 76486<br>Highland Heights, KY 41076 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt |
| | **Date or dates debt was incurred:** | Is the claim subject to offset?<br>☐ No<br>☐ Yes |
| | **Last 4 digits of account number:** | |

| 3. 97 | **Nonpriority creditor's name and mailing address** | $1,385.00 |
|---|---|---|
| | BNSF Logistics, LLC<br>75 Remittance Dr., Suite 1767<br>Chicago, IL 60675 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt |
| | **Date or dates debt was incurred:** | Is the claim subject to offset?<br>☐ No<br>☐ Yes |
| | **Last 4 digits of account number:** | |

| 3. 98 | **Nonpriority creditor's name and mailing address** | $144.26 |
|---|---|---|
| | Bolton Logistics<br>1890 Hwy. 1 NE<br>PO Box 505<br>Solon, IA 52333 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt |
| | **Date or dates debt was incurred:** | Is the claim subject to offset?<br>☐ No<br>☐ Yes |
| | **Last 4 digits of account number:** | |

| 3. 99 | **Nonpriority creditor's name and mailing address** | $754.43 |
|---|---|---|
| | Bossong's Commercial Delivery Inc<br>6713 Pickard Dr<br>Syracuse, NY 13211 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt |
| | **Date or dates debt was incurred:** | Is the claim subject to offset?<br>☐ No<br>☐ Yes |
| | **Last 4 digits of account number:** | |

| 3. 100 | **Nonpriority creditor's name and mailing address** | $40,191.00 |
|---|---|---|
| | Bounce Logistics Inc<br>27724 Network Place<br>Chicago, IL 60673 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt |
| | **Date or dates debt was incurred:** | Is the claim subject to offset?<br>☐ No<br>☐ Yes |
| | **Last 4 digits of account number:** | |

| 3. 101 | **Nonpriority creditor's name and mailing address** | $37,971.91 |
|---|---|---|
| | Boway Express<br>P. O. Box 149<br>East Granby, CT 06026-0149 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt |
| | **Date or dates debt was incurred:** | Is the claim subject to offset?<br>☐ No<br>☐ Yes |
| | **Last 4 digits of account number:** | |

Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 18 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|

| 3. 102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,700.00 |
|---|---|---|---|

BR Express
3202 Old Post Dr #6
Pikesville, MD 21208

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred:
Last 4 digits of account number:

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3. 103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $604.25 |
|---|---|---|---|

Brown Transfer
PO Box 158
Kearney, NE 68848

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred:
Last 4 digits of account number:

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3. 104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Brownstein Hyatt Farber Schreck
410 17th St, 22nd Floor
Denver, CO 80202

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred:
Last 4 digits of account number:

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3. 105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00 |
|---|---|---|---|

BSE Enterprise
1048 Hunt Road
Cleveland, TN 37323

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred:
Last 4 digits of account number:

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3. 106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,397.31 |
|---|---|---|---|

BSP Trans Inc MHT
2500 Liberty Drive
PO Box 1387
Londonderry, NH 03053

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred:
Last 4 digits of account number:

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3. 107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,479.32 |
|---|---|---|---|

BTI Logistics Pty Ltd
62-66 Western Avenue
Tullamarine, 3043
AUSTRALIA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred:
Last 4 digits of account number:

Is the claim subject to offset?
☐ No
☐ Yes

Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 19 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| **3. 108** | **Nonpriority creditor's name and mailing address** | $348.69 |
| | Buffalo Express Courier, Inc<br>3613 Genesse Street<br>Cheektowaga, NY 14225 | |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

---

| | | |
|---|---|---|
| **3. 109** | **Nonpriority creditor's name and mailing address** | $60.00 |
| | Bug out Pest Control<br>PO Box 335<br>Mexico, MO 65265 | |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

---

| | | |
|---|---|---|
| **3. 110** | **Nonpriority creditor's name and mailing address** | $152.28 |
| | Butler Delivery Service Office<br>6042 Brookside Blvd<br>Kansas City, MO 64113 | |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

---

| | | |
|---|---|---|
| **3. 111** | **Nonpriority creditor's name and mailing address** | $28,800.00 |
| | CA Refrigerated Express<br>755 N Peach Ave, Ste G10<br>Clovis, CA 93611 | |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

---

| | | |
|---|---|---|
| **3. 112** | **Nonpriority creditor's name and mailing address** | $18,235.37 |
| | California Sierra Exp Rno<br>4965 Joulie St<br>Reno, NV 89502 | |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

---

| | | |
|---|---|---|
| **3. 113** | **Nonpriority creditor's name and mailing address** | $1,180.42 |
| | Canon Financial Services, Inc.<br>14904 Collections Center Drive<br>Chicago, IL 60693 | |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lease/Purchase

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

Cagney Global Logistics, Inc., Debtor                                    Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 20 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|

| 3. 114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $675.00 |
|---|---|---|---|
| | CAP Logistics<br>4120 Jackson St<br>Denver, CO 80216 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3. 115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,301.40 |
|---|---|---|---|
| | Cape Cargo<br>345 Old Plymouth Rd.<br>Sagamore Beach, MA 02562 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3. 116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $642.53 |
|---|---|---|---|
| | Capital Courier<br>2301 E. St Elmo, Suite 306<br>Austin, TX 78744 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3. 117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,820.95 |
|---|---|---|---|
| | Capital Express, Inc Omaha<br>3326 S 67th St<br>Omaha, NE 68106 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3. 118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $68,246.51 |
|---|---|---|---|
| | Capital Transportation Solutions<br>1915 Vaughn Road<br>Kennesaw, GA 30144 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3. 119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,066.00 |
|---|---|---|---|
| | Capitol Express<br>PO Box 462<br>Hilliard, OH 43026 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 21 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3. 120 | **Nonpriority creditor's name and mailing address** Cardinal Logistics Management Corp. Jeffrey D. Stupp, VP & General Counsel 5333 Davidson Highway Concord, NC 28027 | $218,261.91 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

---

| 3. 121 | **Nonpriority creditor's name and mailing address** Carenow P O Box 743571 Atlanta, GA 30374 | $775.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

---

| 3. 122 | **Nonpriority creditor's name and mailing address** Cargo Force Suite 713 6020 N. Sam Houston Pkwy E. Humble, TX 77396 | $106.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

---

| 3. 123 | **Nonpriority creditor's name and mailing address** Cargo King PO Box 667657 Miami, FL 33166 | $27,700.47 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

---

| 3. 124 | **Nonpriority creditor's name and mailing address** Cargo Logistics International 4055 Faber Place Dr, Ste 212 North Charleston, SC 29405 | $40,525.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

---

| 3. 125 | **Nonpriority creditor's name and mailing address** Cargo Network Services Corporation 703 Waterford Way, Ste 600 Miami, FL 33126 | $575.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

Cagney Global Logistics, Inc., Debtor _____    Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 22 of 107

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3. 126 | **Nonpriority creditor's name and mailing address**<br><br>Cargo Services Express<br>10049 NW 89th Ave Bay 15<br>South Florida, FL 33082<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $212.70 |
| 3. 127 | **Nonpriority creditor's name and mailing address**<br><br>Cargo Sprint<br>21 Eastbrook Bend, Suite #202<br>Peachtree City, GA 30269<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $190.00 |
| 3. 128 | **Nonpriority creditor's name and mailing address**<br><br>Caribe Freight Forwarding<br>dba Caribex<br>PO Box 35668<br>Greensboro, NC 27425<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt - ($766.40 Assigned to WCA, Ltd.)<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $1,166.40 |
| 3. 129 | **Nonpriority creditor's name and mailing address**<br><br>Carla Transport<br>11647 S Vinncennas Ave<br>Chicago, IL 60643<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $2,700.00 |
| 3. 130 | **Nonpriority creditor's name and mailing address**<br><br>Carotrans<br>100 Walnut Ave, Ste 202<br>Clark, NJ 07066<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $3,420.98 |
| 3. 131 | **Nonpriority creditor's name and mailing address**<br><br>Carquest<br>415 West Jackson Street<br>Mexico, MO  65265<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $25.36 |

Cagney Global Logistics, Inc., Debtor     Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 23 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|

**3. 132** | Nonpriority creditor's name and mailing address

Carr's Delivery Service Ltd.
4102 Airpark Dr. #7C
Laredo, TX 78041

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

**$128.79**

---

**3. 133** | Nonpriority creditor's name and mailing address

Carr's Delivery Service MFE
2721 Durango Ave Suite A
Mc Allen, TX 78503

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

**$2,764.18**

---

**3. 134** | Nonpriority creditor's name and mailing address

Cass - Cns
703 Waterford Way Ste#600
Miami, FL 33126

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

**$15,800.23**

---

**3. 135** | Nonpriority creditor's name and mailing address

CB Courier Expedite Services
90 South Commerce Way Suite 460
Bethlehem, PA 18017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

**$1,460.00**

---

**3. 136** | Nonpriority creditor's name and mailing address

Centerport Air Cargo Inc PBI
1301 N Perimeter Rd
West Palm Beach, FL 33406

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

**$224.50**

---

**3. 137** | Nonpriority creditor's name and mailing address

Central Air Freight
20 S Powell Dr
Hazelton, PA 18201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

**$24,699.03**

Cagney Global Logistics, Inc., Debtor                          Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 24 of 107

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3. 138 | **Nonpriority creditor's name and mailing address**<br><br>Central Illinois Courier<br>314 Wesley Road<br>Creve Coeur, IL 61610 | $38.94 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes |
| 3. 139 | **Nonpriority creditor's name and mailing address**<br><br>Century Carriers<br>55 Engineers Lane<br>Farmingdale, NY 11735 | $40,240.03 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes |
| 3. 140 | **Nonpriority creditor's name and mailing address**<br><br>Champion Energy Services<br>1500 Rankin Rd<br>Houston, TX 77073 | $0.00 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes |
| 3. 141 | **Nonpriority creditor's name and mailing address**<br><br>Chase<br>P O Box 15123<br>Wilmington, DE 19850 | $35,590.95 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes |
| 3. 142 | **Nonpriority creditor's name and mailing address**<br><br>Choptank Transport<br>3601 Choptank Road<br>Preston, MD 21655 | $31,550.00 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes |
| 3. 143 | **Nonpriority creditor's name and mailing address**<br><br>Chris Mckay Design<br>4369 South Quebec St #7311<br>Denver, CO 80237 | $1,360.00 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes |

Cagney Global Logistics, Inc., Debtor                                    Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 25 of 107

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3. 144 | **Nonpriority creditor's name and mailing address** <br><br> Cielomar Servicios Logisticos <br> 14 Avenida 25-06 Zona 5 <br> Colonia 25 de Junio <br> Guatamela City <br> GUATEMALA <br><br> Date or dates debt was incurred: <br> Last 4 digits of account number: | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  Trade Debt <br><br> Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | $931.46 |
| 3. 145 | **Nonpriority creditor's name and mailing address** <br><br> CIT <br> 21146 Network Place <br> Chicago, IL 60673 <br><br> Date or dates debt was incurred: <br> Last 4 digits of account number: | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  Trade Debt <br><br> Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | $216.46 |
| 3. 146 | **Nonpriority creditor's name and mailing address** <br><br> City Xpress Delivery <br> 30 West Gude Drive Suite Ll 20 <br> Rockville, MD 20850 <br><br> Date or dates debt was incurred: <br> Last 4 digits of account number: | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  Trade Debt <br><br> Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | $747.72 |
| 3. 147 | **Nonpriority creditor's name and mailing address** <br><br> City Xpress Delivery Phl <br> 700 Ashland Avenue S Suite E <br> Folcroft, PA 19032 <br><br> Date or dates debt was incurred: <br> Last 4 digits of account number: | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  Trade Debt <br><br> Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | $264.90 |
| 3. 148 | **Nonpriority creditor's name and mailing address** <br><br> Click 4 Truck <br> 33231 Transit Ave <br> Union City, CA 94587 <br><br> Date or dates debt was incurred: <br> Last 4 digits of account number: | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  Trade Debt <br><br> Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | $24,482.02 |
| 3. 149 | **Nonpriority creditor's name and mailing address** <br><br> Clifton Lee McGlothlin <br> 9000 N Royal Lane #A <br> Irving, TX 75063 <br><br> Date or dates debt was incurred: <br> Last 4 digits of account number: | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  Trade Debt <br><br> Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | $0.00 |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 26 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3. 150 | **Nonpriority creditor's name and mailing address**<br><br>Clipper Courier Day<br>4600 S Dixie Drive<br>Dayton, OH 45439 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $276.59 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3. 151 | **Nonpriority creditor's name and mailing address**<br><br>Colonial Courier Service Inc<br>413 Osage Dr<br>Maumee, OH 43537 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $14,534.03 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3. 152 | **Nonpriority creditor's name and mailing address**<br><br>Colorado Air Cargo, Inc.<br>P. O. Box 7416<br>Colorado Springs, CO 80933 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $3,302.36 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3. 153 | **Nonpriority creditor's name and mailing address**<br><br>Columbia Gas of Ohio<br>P O Box 742510<br>Cincinnati, OH 45274 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $10.79 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3. 154 | **Nonpriority creditor's name and mailing address**<br><br>Columbus Air Delivery<br>7280-A Alum Creek Dr<br>Columbus, OH 43217 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $457.33 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3. 155 | **Nonpriority creditor's name and mailing address**<br><br>Columbus Courier & Freight<br>5905 H Green Pointe Dr S<br>Groveport, OH 43125 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $1,104.10 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |

| Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7 |
|---|---|

Creditors with NONPRIORITY Unsecured Claims
Page 27 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3. 156 | **Nonpriority creditor's name and mailing address**<br><br>Comcast<br>PO Box 37601<br>Philadelphia, PA 19101-0601 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $987.54 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 157 | **Nonpriority creditor's name and mailing address**<br><br>Comcast Atlanta<br>P. O. Box 530098<br>Atlanta, GA 30353 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $592.92 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 158 | **Nonpriority creditor's name and mailing address**<br><br>Complete Business Systems of Colorado<br>5195 Marshall St<br>Arvada, CO 80002 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $1,071.89 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 159 | **Nonpriority creditor's name and mailing address**<br><br>Complete Container Services<br>PO Box 17888<br>Denver, CO 80217 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $1,140.24 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 160 | **Nonpriority creditor's name and mailing address**<br><br>Concentra<br>PO Box 9008<br>Broomfield, CO 80021 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $534.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 161 | **Nonpriority creditor's name and mailing address**<br><br>Constant Force<br>1631 Enterprise Blvd Ste 20<br>West Sacramento, CA 95691 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $3,549.71 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor _____ Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 28 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|

| 3. 162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,140.00 |
|---|---|---|---|
| | Cooper Courier Rdd<br>8865 Airport Road, Suite R<br>Redding, CA 96002 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred:** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☐ No<br>☐ Yes | |

| 3. 163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,462.80 |
|---|---|---|---|
| | Copp of St. Louis Inc<br>7719 Hall St<br>Saint Louis, MO 63147 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred:** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☐ No<br>☐ Yes | |

| 3. 164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $532.49 |
|---|---|---|---|
| | Corlett<br>1627 S Pioneer Rd<br>Salt Lake City, UT 84104 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred:** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☐ No<br>☐ Yes | |

| 3. 165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $58.12 |
|---|---|---|---|
| | Corporate Couriers<br>2335 Kramer Lane, Suite F<br>Austin, TX 78758 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred:** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☐ No<br>☐ Yes | |

| 3. 166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $687.94 |
|---|---|---|---|
| | Cougar Express<br>145 Hook Creek Blvd Bldg C-3<br>Valley Stream, NY 11581 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred:** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☐ No<br>☐ Yes | |

| 3. 167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $495.00 |
|---|---|---|---|
| | Courier Express, Inc.<br>123 West 12th Street<br>Owensboro, KY 42301 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred:** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor     Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 29 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|

| 3. 168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $62.00 |
|---|---|---|---|
| | Couriernet K<br>PO Box 409236<br>Atlanta, GA 30384 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3. 169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,260.00 |
|---|---|---|---|
| | CR David<br>327 Oak Track Loop<br>Ocala, FL 34472 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3. 170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,056.81 |
|---|---|---|---|
| | Cross Country Freight Solutions<br>PO Box 44630<br>Madison, WI 53744 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3. 171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $615.76 |
|---|---|---|---|
| | Crosstown<br>2222 Polymer Drive<br>Chattanooga, TN 37421 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3. 172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,301.41 |
|---|---|---|---|
| | Crosstown<br>3267 North Park Blvd Bldg 10 Suite E<br>Alcoa, TN 37701 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3. 173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,550.50 |
|---|---|---|---|
| | Crown Container Inc<br>10051 Dallas St<br>Henderson, CO 80640 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 30 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|

| 3. 174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $147.00 |
|---|---|---|---|
| | Crown Equipment Corp<br>PO Box 641173<br>Cincinnati, OH 45264 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | Basis for the claim: Trade Debt | |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3. 175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $48,601.00 |
|---|---|---|---|
| | CS-1 Transportation<br>5006 South Service Rd. Unit 5<br>Burlington, ON L7L 5Y7<br>CANADA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | Basis for the claim: Trade Debt | |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3. 176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,238.24 |
|---|---|---|---|
| | CSA Transportation<br>355 Horner Avenue<br>Toronto, ON M8W1Z7<br>CANADA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | Basis for the claim: Trade Debt | |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3. 177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $215.99 |
|---|---|---|---|
| | CTSI Logistics<br>PO Box 1713<br>Malakal Palau, PW 96940<br>PALAU | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | Basis for the claim: Trade Debt | |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3. 178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $322.09 |
|---|---|---|---|
| | Culligan<br>1801 Commerce Ct<br>Columbia, MO 65202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | Basis for the claim: Trade Debt | |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

| 3. 179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,109.34 |
|---|---|---|---|
| | D & N Delivery<br>1410 Pama Lane<br>Las Vegas, NV 89119 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | Basis for the claim: Trade Debt | |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 31 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 180 | **Nonpriority creditor's name and mailing address**<br><br>D C L Logistics<br>PO Box 6332<br>Chelsea, MA 02150 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $345.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 181 | **Nonpriority creditor's name and mailing address**<br><br>D&S Courier<br>992 Anson Avenue<br>Abilene, TX 79601 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $190.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 182 | **Nonpriority creditor's name and mailing address**<br><br>Daco Logistics GMBH<br>Gluckgasse 1, A-1010<br>Vienna, AUSTRIA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $250.84 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 183 | **Nonpriority creditor's name and mailing address**<br><br>Dallas Recycling<br>3303 Pluto Street<br>Dallas, TX 75212 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $476.30 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 184 | **Nonpriority creditor's name and mailing address**<br><br>Dash Courier<br>4901 Dwight Evans Rd S-106<br>Charlotte, NC 28217 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $3,180.69 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 185 | **Nonpriority creditor's name and mailing address**<br><br>Dash Deliveries<br>200 Foxworth Chase<br>Alpharetta, GA 30022 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $7,170.34 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 32 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| **3. 186** **Nonpriority creditor's name and mailing address**<br><br>Dash Delivery Inc<br>PO Box 4334<br>Medford, OR 97501 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $3,393.80 |
| Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| **3. 187** **Nonpriority creditor's name and mailing address**<br><br>Dash Express<br>6692 Doolittle Ave<br>Riverside, CA 92503 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $37,549.39 |
| Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| **3. 188** **Nonpriority creditor's name and mailing address**<br><br>Data Comm Inc<br>P O Box 10306<br>Des Moines, IA 50306 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $2,156.05 |
| Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| **3. 189** **Nonpriority creditor's name and mailing address**<br><br>Data Rush Couriers<br>1130 Silber Road<br>Houston, TX 77055 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $35,853.31 |
| Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| **3. 190** **Nonpriority creditor's name and mailing address**<br><br>Data Shredding Services<br>615 W 38th St<br>Houston, TX 77018 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $0.00 |
| Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| **3. 191** **Nonpriority creditor's name and mailing address**<br><br>Daystar Logistics<br>230 Evitt Pkwy<br>Ringgold, GA 30736 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $14,069.19 |
| Date or dates debt was incurred:<br>Last 4 digits of account number: | | |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 33 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3. 192 **Nonpriority creditor's name and mailing address**<br><br>DB Logistics (Xpress Man)<br>2330 Grand Ave<br>Long Beach, CA 90815<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $0.87 |
| 3. 193 **Nonpriority creditor's name and mailing address**<br><br>DDC Logistics Inc<br>PO Box 1434<br>Grapevine, TX 76099<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $3,608.84 |
| 3. 194 **Nonpriority creditor's name and mailing address**<br><br>Deb's Delivery Service<br>11217 N. Country Road 2300<br>Lubbock, TX 79403<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $464.00 |
| 3. 195 **Nonpriority creditor's name and mailing address**<br><br>Deliver Now Logistics<br>26 Cook St<br>Billerica, MA 01821<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $118,770.82 |
| 3. 196 **Nonpriority creditor's name and mailing address**<br><br>Delta Express Inc<br>10 Woodberry Lane<br>Asheville, NC 28806<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $150.00 |
| 3. 197 **Nonpriority creditor's name and mailing address**<br><br>Delta Investments Ltd<br>4721 Richneil Road<br>Richmond, VA 23231<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $29,979.37 |

| Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7 |
|---|---|

Creditors with NONPRIORITY Unsecured Claims
Page 34 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

<table>
<tr><td colspan="2" align="right">Amount of Claim</td></tr>
<tr>
<td>
3. 198<br><br>
<b>Nonpriority creditor's name and mailing address</b><br><br>
Demar Logistics<br>
320 Fullerton Ave<br>
Carol Stream, IL 60188<br><br><br>
<b>Date or dates debt was incurred:</b><br>
<b>Last 4 digits of account number:</b>
</td>
<td>
<b>As of the petition filing date, the claim is:</b><br>
<i>Check all that apply.</i><br>
☐ Contingent<br>
☐ Unliquidated<br>
☐ Disputed<br><br>
<b>Basis for the claim:</b> Trade Debt<br><br>
<b>Is the claim subject to offset?</b><br>
☐ No<br>
☐ Yes
</td>
<td>$29,846.68</td>
</tr>
<tr>
<td>
3. 199<br><br>
<b>Nonpriority creditor's name and mailing address</b><br><br>
Denali Transport<br>
9466 Palmerson Dr<br>
Antelope, CA 95843<br><br><br>
<b>Date or dates debt was incurred:</b><br>
<b>Last 4 digits of account number:</b>
</td>
<td>
<b>As of the petition filing date, the claim is:</b><br>
<i>Check all that apply.</i><br>
☐ Contingent<br>
☐ Unliquidated<br>
☐ Disputed<br><br>
<b>Basis for the claim:</b> Trade Debt<br><br>
<b>Is the claim subject to offset?</b><br>
☐ No<br>
☐ Yes
</td>
<td>$3,700.00</td>
</tr>
<tr>
<td>
3. 200<br><br>
<b>Nonpriority creditor's name and mailing address</b><br><br>
Dependable Delivery BNA<br>
2549 Lebanon Pike<br>
Nashville, TN 37214<br><br><br>
<b>Date or dates debt was incurred:</b><br>
<b>Last 4 digits of account number:</b>
</td>
<td>
<b>As of the petition filing date, the claim is:</b><br>
<i>Check all that apply.</i><br>
☐ Contingent<br>
☐ Unliquidated<br>
☐ Disputed<br><br>
<b>Basis for the claim:</b> Trade Debt<br><br>
<b>Is the claim subject to offset?</b><br>
☐ No<br>
☐ Yes
</td>
<td>$543.22</td>
</tr>
<tr>
<td>
3. 201<br><br>
<b>Nonpriority creditor's name and mailing address</b><br><br>
Dependable Express<br>
PO Box 33700<br>
San Antonio, TX 78265<br><br><br>
<b>Date or dates debt was incurred:</b><br>
<b>Last 4 digits of account number:</b>
</td>
<td>
<b>As of the petition filing date, the claim is:</b><br>
<i>Check all that apply.</i><br>
☐ Contingent<br>
☐ Unliquidated<br>
☐ Disputed<br><br>
<b>Basis for the claim:</b> Trade Debt<br><br>
<b>Is the claim subject to offset?</b><br>
☐ No<br>
☐ Yes
</td>
<td>$218.76</td>
</tr>
<tr>
<td>
3. 202<br><br>
<b>Nonpriority creditor's name and mailing address</b><br><br>
Design Carpentry<br>
563 Lost Creek Drive<br>
Woodstock, GA 30188<br><br><br>
<b>Date or dates debt was incurred:</b><br>
<b>Last 4 digits of account number:</b>
</td>
<td>
<b>As of the petition filing date, the claim is:</b><br>
<i>Check all that apply.</i><br>
☐ Contingent<br>
☐ Unliquidated<br>
☐ Disputed<br><br>
<b>Basis for the claim:</b> Trade Debt<br><br>
<b>Is the claim subject to offset?</b><br>
☐ No<br>
☐ Yes
</td>
<td>$490.00</td>
</tr>
<tr>
<td>
3. 203<br><br>
<b>Nonpriority creditor's name and mailing address</b><br><br>
DF Carrier LLC<br>
5430 Stickney Ave<br>
Toledo, OH 43612<br><br><br>
<b>Date or dates debt was incurred:</b><br>
<b>Last 4 digits of account number:</b>
</td>
<td>
<b>As of the petition filing date, the claim is:</b><br>
<i>Check all that apply.</i><br>
☐ Contingent<br>
☐ Unliquidated<br>
☐ Disputed<br><br>
<b>Basis for the claim:</b> Trade Debt<br><br>
<b>Is the claim subject to offset?</b><br>
☐ No<br>
☐ Yes
</td>
<td>$3,200.00</td>
</tr>
</table>

Cagney Global Logistics, Inc., Debtor                                    Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 35 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|

| 3. 204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $17,649.34 |
|---|---|---|---|
| | DGX Japan Limited | ☐ Contingent | |
| | Zenkoku Tobacco Bldg., 5F | ☐ Unliquidated | |
| | 1-10-1 Shiba-Daimon, Minato-ku | ☐ Disputed | |
| | Tokyo 105-0012 | | |
| | JAPAN | **Basis for the claim:** Trade Debt | |
| | | **Is the claim subject to offset?** | |
| | **Date or dates debt was incurred:** | ☐ No | |
| | **Last 4 digits of account number:** | ☐ Yes | |

| 3. 205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,600.00 |
|---|---|---|---|
| | DH Trucking | ☐ Contingent | |
| | 20768 Henning Rd | ☐ Unliquidated | |
| | Danville, IL 61832 | ☐ Disputed | |
| | | **Basis for the claim:** Trade Debt | |
| | | **Is the claim subject to offset?** | |
| | **Date or dates debt was incurred:** | ☐ No | |
| | **Last 4 digits of account number:** | ☐ Yes | |

| 3. 206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,519.50 |
|---|---|---|---|
| | DHL Network Operations Inc | ☐ Contingent | |
| | PO Box 741114 | ☐ Unliquidated | |
| | Atlanta, GA 30374 | ☐ Disputed | |
| | | **Basis for the claim:** Trade Debt | |
| | | **Is the claim subject to offset?** | |
| | **Date or dates debt was incurred:** | ☐ No | |
| | **Last 4 digits of account number:** | ☐ Yes | |

| 3. 207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,150.00 |
|---|---|---|---|
| | Diamond Freight Systems Inc. | ☐ Contingent | |
| | 4630 S. Burst Ave., Suite 100 | ☐ Unliquidated | |
| | Saint Francis, WI 53235 | ☐ Disputed | |
| | | **Basis for the claim:** Trade Debt | |
| | | **Is the claim subject to offset?** | |
| | **Date or dates debt was incurred:** | ☐ No | |
| | **Last 4 digits of account number:** | ☐ Yes | |

| 3. 208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $339.39 |
|---|---|---|---|
| | Diamond Line Delivery | ☐ Contingent | |
| | Diamond Line Delivery Systems | ☐ Unliquidated | |
| | P O Box 938 | ☐ Disputed | |
| | Meridian, ID 83680 | | |
| | | **Basis for the claim:** Trade Debt | |
| | | **Is the claim subject to offset?** | |
| | **Date or dates debt was incurred:** | ☐ No | |
| | **Last 4 digits of account number:** | ☐ Yes | |

| 3. 209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,310.68 |
|---|---|---|---|
| | Direct Distribution | ☐ Contingent | |
| | 10107 Egerton Farm Court | ☐ Unliquidated | |
| | Parkville, MD 21234 | ☐ Disputed | |
| | | **Basis for the claim:** Trade Debt | |
| | | **Is the claim subject to offset?** | |
| | **Date or dates debt was incurred:** | ☐ No | |
| | **Last 4 digits of account number:** | ☐ Yes | |

Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 36 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3.210 | **Nonpriority creditor's name and mailing address**<br><br>Diversified Contractors, Inc.<br>3350 Ball St.<br>Birmingham, AL 35234 | $68.50 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred:
Last 4 digits of account number:

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address**<br><br>DM Express<br>9700 Industrial Dr<br>Saint John, IN 46373 | $3,500.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred:
Last 4 digits of account number:

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address**<br><br>Douglas Express Delivery<br>4225 Industrial Dr<br>Jackson, MS 39209 | $221.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred:
Last 4 digits of account number:

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address**<br><br>Drews Trucking<br>57 Patriot Dr<br>Richmond Hill, GA 31324 | $2,500.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred:
Last 4 digits of account number:

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address**<br><br>Drina Express LLC<br>7039 Leta Dr<br>Saint Louis, MO 63123 | $2,300.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred:
Last 4 digits of account number:

Is the claim subject to offset?
☐ No
☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address**<br><br>DTL Transport<br>4375 N Golden State Blvd<br>Fresno, CA 93722 | $3,700.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred:
Last 4 digits of account number:

Is the claim subject to offset?
☐ No
☐ Yes

Cagney Global Logistics, Inc., Debtor                                    Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 37 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3.216 | **Nonpriority creditor's name and mailing address**<br><br>Dunlap - Double D Trans<br>14870 Route E<br>Perry, MO 63462 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $2,400.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3.217 | **Nonpriority creditor's name and mailing address**<br><br>E&M Express<br>5212 Southlake Dr<br>Laredo, TX 78043 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $295.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3.218 | **Nonpriority creditor's name and mailing address**<br><br>Easy Transport<br>2400 NW 167 Street<br>Opa Locka, FL 33054 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $3,600.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3.219 | **Nonpriority creditor's name and mailing address**<br><br>Ecapital LLC<br>PO Box 98504<br>Las Vegas, NV 89193 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $2,433.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3.220 | **Nonpriority creditor's name and mailing address**<br><br>Echo Global Logistics<br>22168 Network Place<br>Chicago, IL 60673 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $5,436.78 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3.221 | **Nonpriority creditor's name and mailing address**<br><br>Econocaribe Consolidators<br>2401 N.W 69th St<br>Miami, FL 33147 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $1,093.97 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |

Cagney Global Logistics, Inc., Debtor        Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 38 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3. 222 | **Nonpriority creditor's name and mailing address**<br><br>Eddie Harrison<br>2201 Lakeview Rd<br>Mexico, MO 65265 | $0.00 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| 3. 223 | **Nonpriority creditor's name and mailing address**<br><br>Elite Delivery Systems<br>1251 E. Linden Ave<br>Linden, NJ 07036 | $2,050.00 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| 3. 224 | **Nonpriority creditor's name and mailing address**<br><br>EMA Trucking<br>573 Hammal Way<br>Arnold, MO 63010 | $1,500.00 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| 3. 225 | **Nonpriority creditor's name and mailing address**<br><br>Emerald Express LLC<br>1014 Buttercup Rd<br>Elizabeth, CO 80107 | $280.00 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| 3. 226 | **Nonpriority creditor's name and mailing address**<br><br>Empire Delivery<br>12700 Townsend Road<br>Philadelphia, PA 19154 | $11,145.00 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| 3. 227 | **Nonpriority creditor's name and mailing address**<br><br>Employee Staffing Group<br>PO Box 13188<br>Milwaukee, WI 53213 | $119,562.66 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 39 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|

| 3. 228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|
| | Enoble Payment Services<br>PO Box 1752<br>Memphis, TN 38101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3. 229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $267.50 |
|---|---|---|---|
| | Enterprise Technology Alliance, Inc<br>197 Woodland Parkway, #104-373<br>San Marcos, CA 92069 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3. 230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $226.00 |
|---|---|---|---|
| | Eric Jackson<br>6136 Wintergreen Rd<br>Norcross, GA 30093 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3. 231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $402.63 |
|---|---|---|---|
| | Estes Express Lines<br>P. O. Box 25612<br>Richmond, VA  23260 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3. 232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,743.00 |
|---|---|---|---|
| | Estes Heating and Air Conditioning, Inc.<br>3981 Tradeport Blvd.<br>Atlanta, GA 30354 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3. 233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,054.10 |
|---|---|---|---|
| | ETA Logistical Solutions<br>11895 Wayne Road Suite 104<br>Romulus, MI 48174 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 40 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3. 234 **Nonpriority creditor's name and mailing address**<br><br>Evans Delivery Company Inc<br>PO Box 62892<br>Baltimore, MD 21264<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $120.00 |
| 3. 235 **Nonpriority creditor's name and mailing address**<br><br>Excel Group<br>PO Box 401<br>Herndon, VA 20172<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $122.64 |
| 3. 236 **Nonpriority creditor's name and mailing address**<br><br>Excelsior Freight Systems Syr<br>24 Corporate Cir<br>Syracuse, NY 13220<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $5,354.26 |
| 3. 237 **Nonpriority creditor's name and mailing address**<br><br>Exclusive Logistics Solutions<br>111 Lake Road<br>Longmeadow North Business Estate Ext 7<br>Modderfontein, Kempton Park 1645<br>SOUTH AFRICA<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $0.05 |
| 3. 238 **Nonpriority creditor's name and mailing address**<br><br>Express Courier Intl Fts<br>PO Box 206863<br>Dallas, TX 75320<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $214.00 |
| 3. 239 **Nonpriority creditor's name and mailing address**<br><br>Expressit Transportation<br>19216 Des Moines Memorial Drive South<br>Suite #A300<br>Sea Tac, WA 98148<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $905.54 |

Cagney Global Logistics, Inc., Debtor

Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 41 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3. 240 | **Nonpriority creditor's name and mailing address**<br><br>Fairchild Transportation<br>10330 Loftin Drive<br> P.O. Box 1576<br>Olive Branch, MS 38654 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $647.22 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 241 | **Nonpriority creditor's name and mailing address**<br><br>Farrow Global Logistics<br>475A Admiral Blvd<br>Mississauga, Ontario L5T 2N1<br>CANADA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $35,639.79 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 242 | **Nonpriority creditor's name and mailing address**<br><br>Fast Action Trucking Inc<br>29 W Plainfield Road<br>Countryside, IL 60525 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $1,700.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 243 | **Nonpriority creditor's name and mailing address**<br><br>Fast Lane Courier<br>PO Box 22850<br>Salt Lake City, UT 84122 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $5,446.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 244 | **Nonpriority creditor's name and mailing address**<br><br>Fastmile Logistics<br>3632 Century Drive<br>PO Box 621718<br>Orlando, FL 32862 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $3,938.76 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 245 | **Nonpriority creditor's name and mailing address**<br><br>Fastmile Logistics Atl<br>5286 Georgia Highway 85<br>Ste 300<br>Forest Park, GA 30297 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $22,158.75 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |

Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 42 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|

| 3. 246 | **Nonpriority creditor's name and mailing address**<br><br>FedEx<br>Building B, 2nd Floor<br>3620 Hacks Cross Road<br>Memphis, TN 38125 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $6,391.88 |
|---|---|---|---|
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3. 247 | **Nonpriority creditor's name and mailing address**<br><br>Ferrellgas<br>PO Box 173940<br>Denver, CO 64069 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $798.30 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3. 248 | **Nonpriority creditor's name and mailing address**<br><br>Fireball Transport<br>301 Avenue D<br>Williston, VT 05495 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $1,177.94 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3. 249 | **Nonpriority creditor's name and mailing address**<br><br>Fleet Street Couriers<br>6180 W Gowen Rd<br>Boise, ID 83709 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $5,952.42 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3. 250 | **Nonpriority creditor's name and mailing address**<br><br>Fletes Acme Venezolana Sa<br>Av.san Juan Bosco<br>Edf Panaven<br>Piso 9 Altamira - Caracas<br>VENEZUELA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $257.60 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3. 251 | **Nonpriority creditor's name and mailing address**<br><br>Fleur De Lis Worldwide LCC<br>18102 Yellowstone Trail<br>Humble, TX 77346 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $20,475.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 43 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3. 252 | **Nonpriority creditor's name and mailing address**<br><br>Flightstats<br>522 SW 5th Ave Suite 200<br>Portland, OR 97204 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $1,079.70 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3. 253 | **Nonpriority creditor's name and mailing address**<br><br>Freeport Transport<br>1200 Butler Rd<br>Freeport, PA 16229 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $3,500.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3. 254 | **Nonpriority creditor's name and mailing address**<br><br>Freight 1699 LLC<br>16530 Four Corners Rd<br>Gardner, KS 66030 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $17,300.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3. 255 | **Nonpriority creditor's name and mailing address**<br><br>Freight Force, Inc<br>PO Box 4390<br>Anaheim, CA 92803 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $328,688.08 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3. 256 | **Nonpriority creditor's name and mailing address**<br><br>Freight Land Sky Inc<br>1000 Sycamore St<br>Harrisburg, PA 17104 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $343.10 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3. 257 | **Nonpriority creditor's name and mailing address**<br><br>G & T Expediting Service<br>1510 Grand Central Ave<br>Elmira, NY 14901 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $697.40 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 44 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3. 258 | **Nonpriority creditor's name and mailing address**<br><br>Galaja 92 Transport<br>1343 Pine Dr<br>Arnold, MO 63010 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $6,450.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3. 259 | **Nonpriority creditor's name and mailing address**<br><br>Galaxt Transport<br>3701 Bethel St<br>Columbia, MO 65203 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $2,900.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3. 260 | **Nonpriority creditor's name and mailing address**<br><br>Garden Isle Carrier<br>1537 Halaukana Street<br>Lihue, HI 96766 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $137.86 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3. 261 | **Nonpriority creditor's name and mailing address**<br><br>Geese Cartage<br>1345 Diamond Springs Road<br>Virginia Beach, VA 23455 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $5,581.23 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3. 262 | **Nonpriority creditor's name and mailing address**<br><br>Global Payout<br>1835 Sunset Cliffs Blvd Suite 202<br>San Diego, CA 92107 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $5,000.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3. 263 | **Nonpriority creditor's name and mailing address**<br><br>Gobind Freight Carrier<br>5345 West Home Ave<br>Fresno, CA 93722 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $3,100.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |

Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 45 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3. 264 | **Nonpriority creditor's name and mailing address**<br><br>Grand Slam Expedited<br>331 Spring Run Rd<br>Pittsburgh, PA 15205 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | $275.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 265 | **Nonpriority creditor's name and mailing address**<br><br>Gray Gables Transportation<br>4595 Broadmoor Ave, Ste 295<br>Kentwood, MI 49512 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | $3,200.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 266 | **Nonpriority creditor's name and mailing address**<br><br>Great American Delivery Service Inc<br>380 Northwest Highway, Suite 360<br>Des Plaines, IL 60016 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | $530.52 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 267 | **Nonpriority creditor's name and mailing address**<br><br>Great Transportation Inc<br>615 S Hamilton Blvd<br>Pomona, CA 91766 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | $3,200.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 268 | **Nonpriority creditor's name and mailing address**<br><br>Green Mountain Messenger<br>54 Echo Place, Suite 1<br>Williston, VT 05495 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | $3,718.49 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 269 | **Nonpriority creditor's name and mailing address**<br><br>Greencarrier Freight Services Finland<br>Lakkisepantie 23<br>Helsinki, 00620<br>FINLAND | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | $502.09 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor     Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 46 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|

**3.270**   Nonpriority creditor's name and mailing address

Greenville Carpet One Floor Home
226 Pelham Davis Circle
Greenville, SC 29615

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

$390.50

**3.271**   Nonpriority creditor's name and mailing address

Grupo Panamerica Chile S.a.
Av. Manquehue Norte 151, Of. 1107
Los Condes, Santiago
CHILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

$475.00

**3.272**   Nonpriority creditor's name and mailing address

GT Wagner
3 Mary Dee Court
O Fallon, MO 63368

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

$7,400.00

**3.273**   Nonpriority creditor's name and mailing address

Guardian Logistics Solutions
2534 Whilden Drive, Suite 300
Durham, NC 27713

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

$21,937.08

**3.274**   Nonpriority creditor's name and mailing address

Gulf Coast Courier & Expediting
10100 N Palafox St
Pensacola, FL 32524

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

$3,184.36

**3.275**   Nonpriority creditor's name and mailing address

Gulf Winds
411 Brisbane
Houston, TX 77061

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

$2,283.19

Cagney Global Logistics, Inc., Debtor _____ Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 47 of 107

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3.276 | **Nonpriority creditor's name and mailing address**<br><br>Hala Express Inc<br>12535 W Morrland Dr<br>Homer Glen, IL 60491 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $1,900.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.277 | **Nonpriority creditor's name and mailing address**<br><br>Hample Transportation<br>140 Ann Street<br>Morse Bluff, NE 68648 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $3,000.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.278 | **Nonpriority creditor's name and mailing address**<br><br>Handi-Shop Inc<br>508 E Liberty Street<br>Mexico, MO 65265 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $264.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.279 | **Nonpriority creditor's name and mailing address**<br><br>Hapag Lloyd USA LLC<br>399 Hoes Lane, Suite 100<br>Piscataway, NJ 08854 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $17,685.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.280 | **Nonpriority creditor's name and mailing address**<br><br>Haul All Trucking<br>105 Windsor Drive<br>Fayetteville, GA  30215 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $900.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.281 | **Nonpriority creditor's name and mailing address**<br><br>Hayashi Express Enterprises Inc<br>494 Kalanikoa St, Suite B<br>Hilo, HI 96720 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $148.33 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor                                    Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 48 of 107

**3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3. 282 | **Nonpriority creditor's name and mailing address**<br><br>Health Care Service Corp.<br>PO Box 21026<br>Tulsa, OK 74121<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ **Contingent**<br>☐ **Unliquidated**<br>☐ **Disputed**<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐  **No**<br>☐  **Yes** | $0.00 |
| 3. 283 | **Nonpriority creditor's name and mailing address**<br><br>Heritage Propane<br>PO Box 371473<br>Pittsburgh, PA 15250<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ **Contingent**<br>☐ **Unliquidated**<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐  **No**<br>☐  **Yes** | $476.98 |
| 3. 284 | **Nonpriority creditor's name and mailing address**<br><br>Heubel Material Handling, Inc<br>P O Box 870975<br>Kansas City, MO 64187<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ **Contingent**<br>☐ **Unliquidated**<br>☐ **Disputed**<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐  **No**<br>☐  **Yes** | $2,384.39 |
| 3. 285 | **Nonpriority creditor's name and mailing address**<br><br>Holbrook Service<br>1580 South Pioneer Road<br>Salt Lake City, UT 84104<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ **Contingent**<br>☐ **Unliquidated**<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐  **No**<br>☐  **Yes** | $760.00 |
| 3. 286 | **Nonpriority creditor's name and mailing address**<br><br>Home Decorator's Collection<br>Attn- Shannon Campbell<br>2455 Paces Ferry Rd, D-16<br>Atlanta, GA 30339<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ **Contingent**<br>☐ **Unliquidated**<br>☐ **Disputed**<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐  **No**<br>■  **Yes** | $6,190.15 |

Cagney Global Logistics, Inc., Debtor     Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 49 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|

| 3. 287 | Nonpriority creditor's name and mailing address<br><br>HR&P Companies<br>9621 W. Sam Houston Parkway N., Ste 100<br>Houston, TX 77064 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Payroll service | $0.00<br>(unknown) |
|---|---|---|---|
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 288 | Nonpriority creditor's name and mailing address<br><br>Hubbards Express Air<br>153 Van Zant CR 4804<br>Chandler, TX 75758 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $3,387.43 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 289 | Nonpriority creditor's name and mailing address<br><br>HVH Transportation<br>181 E. 56th Ave #200<br>Denver, CO 80216 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $912.90 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 290 | Nonpriority creditor's name and mailing address<br><br>IAD Xpress<br>12191 Paper Birch Ln<br>Gainesville, VA 20155 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $4,813.30 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 291 | Nonpriority creditor's name and mailing address<br><br>IBM Corporation<br>PO Box 676673<br>Dallas, TX 75267 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $9,959.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 292 | Nonpriority creditor's name and mailing address<br><br>IBS Green, LLC<br>PO Box 330<br>Union City, GA 30291 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $2,185.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 50 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3.293 | **Nonpriority creditor's name and mailing address**<br><br>ICU Security<br>7410 Blvd 26, Suite 102<br>North Richland Hills, TX 76180 | $216.50 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| 3.294 | **Nonpriority creditor's name and mailing address**<br><br>IMS Transport Solutions, LLC<br>265 Industrial Way West, Suite 1<br>Eatontown, NJ 07724 | $0.00<br>(unknown) |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| 3.295 | **Nonpriority creditor's name and mailing address**<br><br>In a Flash Delivery LLC<br>5164 East 29th Street<br>Tulsa, OK 74114 | $61.06 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| 3.296 | **Nonpriority creditor's name and mailing address**<br><br>Incorp<br>Suite 500S<br>3773 Howard Hughes Parkway<br>Las Vegas, NV 89169-6014 | $0.00<br>(unknown) |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| 3.297 | **Nonpriority creditor's name and mailing address**<br><br>Inkvironment Inc<br>2549 Eastbluff Drive, Suite 276<br>Newport Beach, CA 92660 | $794.92 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| 3.298 | **Nonpriority creditor's name and mailing address**<br><br>Integrity Express Logistics LLC<br>4370 Malsbury Rd<br>Cincinnati, OH 45242 | $12,350.00 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |

Cagney Global Logistics, Inc., Debtor        Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 51 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| **3. 299** Nonpriority creditor's name and mailing address<br><br>Intermodal Management System, LLC<br>265 Industrial Way West<br>Eatontown, NJ 07724<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $1,122.16 |
| **3. 300** Nonpriority creditor's name and mailing address<br><br>International Craters/<br>Addxom Worldwide<br>10514 E Pine St<br>Tulsa, OK 74116<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $89.28 |
| **3. 301** Nonpriority creditor's name and mailing address<br><br>Intropa Speditionsgesellschaft Mbh<br>Fasanenweg 8<br>65451 Kelsterbach<br>GERMANY<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $827.25 |
| **3. 302** Nonpriority creditor's name and mailing address<br><br>Instant Delivery, Inc.<br>103 Johnson Street<br>East Syracuse, NY 13057<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $276.05 |
| **3. 303** Nonpriority creditor's name and mailing address<br><br>Interstate Express Inc.<br>Suite 500S<br>3773 Howard Hughes Parkway<br>Las Vegas, NV 89169<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $3,800.00 |
| **3. 304** Nonpriority creditor's name and mailing address<br><br>IPFS Corporation<br>P O Box 730223<br>Dallas, TX 75373<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $3,835.82 |

| Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7 |

Creditors with NONPRIORITY Unsecured Claims
Page 52 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 305 | **Nonpriority creditor's name and mailing address**<br><br>Irving False Alarm Reduction Program<br>P O Box 840534<br>Dallas, TX 75284 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $100.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 306 | **Nonpriority creditor's name and mailing address**<br><br>IS Express<br>173 Wyatt Rd<br>Boiling Springs, SC 29316 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $1,800.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 307 | **Nonpriority creditor's name and mailing address**<br><br>Island Express<br>4771 Waycross Rd<br>Fort Myers, FL 33905 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $2,606.39 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 308 | **Nonpriority creditor's name and mailing address**<br><br>Island Movers, Maui<br>172 Alamaha St<br>Kahului, HI 96732 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $175.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 309 | **Nonpriority creditor's name and mailing address**<br><br>J & P Hall Express<br>225 1st St<br>Fort Oglethorpe, GA 30742 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $26,751.88 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 310 | **Nonpriority creditor's name and mailing address**<br><br>J & P Hall Express<br>PO Box 45098<br>Atlanta, GA 30320 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $2,615.75 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7 |

Creditors with NONPRIORITY Unsecured Claims
Page 53 of 107

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3.311 | **Nonpriority creditor's name and mailing address**<br><br>James Air Cargo<br>PO Box 81852<br>Cleveland, OH 44181 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $4,991.29 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3.312 | **Nonpriority creditor's name and mailing address**<br><br>James Forwarding Corp<br>James Bldg 727-15,yeoksam-dong<br>Kangnam-ku<br>Seoul,<br>SOUTH KOREA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $3,666.78 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3.313 | **Nonpriority creditor's name and mailing address**<br><br>JB Hunt Transport, Inc.<br>PO Box 947977<br>Dallas, TX 75284 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $37,010.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3.314 | **Nonpriority creditor's name and mailing address**<br><br>JC Logistics, Inc<br>235 Trumbull St<br>Elizabeth, NJ 07206 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $12,500.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3.315 | **Nonpriority creditor's name and mailing address**<br><br>JDS Express<br>2164 Hines Farm Rd<br>Jacksonville, NC 28540 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $1,023.75 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |
| 3.316 | **Nonpriority creditor's name and mailing address**<br><br>Jeff Mallonee<br>515 E Columbia Ave<br>Davenport, IA 52803 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $475.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | | |

Cagney Global Logistics, Inc., Debtor                                    Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 54 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| **3. 317** | **Nonpriority creditor's name and mailing address**<br><br>Jet Expedited Transport<br>6225 N.E. 112th Ave<br>Portland, OR 97220<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $17.55 |
| **3. 318** | **Nonpriority creditor's name and mailing address**<br><br>JobFinders<br>1729 W Broadway, Suite 4<br>Columbia, MO 65203<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $8,479.01 |
| **3. 319** | **Nonpriority creditor's name and mailing address**<br><br>JobFinders Employment Services<br>David Bandre<br>227 Madison St<br>Jefferson City, MO 65101<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $194,650.81 |
| **3. 320** | **Nonpriority creditor's name and mailing address**<br><br>Johnson Air Land Express<br>104 N. Parkmont<br>Butte, MT 59701<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $40.00 |
| **3. 321** | **Nonpriority creditor's name and mailing address**<br><br>John Sykstus<br>9000 N. Royal Lane<br>Irving, TX 75063<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $0.00 |

Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 55 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 322 | **Nonpriority creditor's name and mailing address**<br><br>Juneau Courier Inc<br>10155 Jensine St<br>Juneau, AK 99801 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $39.38 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 323 | **Nonpriority creditor's name and mailing address**<br><br>Kafco Trucking<br>16075 E. 32nd Avenue, Unit D<br>Aurora, CO 80011 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $105.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 324 | **Nonpriority creditor's name and mailing address**<br><br>Kangaroo Express<br>610 E 8th Ave<br>Durango, CO 81301 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $1,922.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 325 | **Nonpriority creditor's name and mailing address**<br><br>Katie Courier Inc<br>8911 9th St NW<br>Albuquerque, NM 87114 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $1,367.04 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 326 | **Nonpriority creditor's name and mailing address**<br><br>Kelly Corporation<br>PO Box 25<br>Altamont, IL 62411 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $1,100.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 327 | **Nonpriority creditor's name and mailing address**<br><br>Kelly Freight<br>780 Watson Center Road<br>Carson, CA 90745 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $76.04 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 56 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|

| 3. 328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Kevin Brown 9000 North Royal Lane Suite A Irving, TX 75063 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred: | Is the claim subject to offset? | |
| | Last 4 digits of account number: | ☐ No ☐ Yes | |

| 3. 329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,704.76 |
|---|---|---|---|
| | Key Courier Logistics 4480 Springhill Dr Schnecksville, PA 18078 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred: | Is the claim subject to offset? | |
| | Last 4 digits of account number: | ☐ No ☐ Yes | |

| 3. 330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.75 |
|---|---|---|---|
| | Kingdom Express PO Box 622 Newbury Park, CA 91319 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred: | Is the claim subject to offset? | |
| | Last 4 digits of account number: | ☐ No ☐ Yes | |

| 3. 331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,750.00 |
|---|---|---|---|
| | Kings Cargo Express Ltd 1870 King Edward Street Winnipeg, MB R2R 0Z9 CANADA | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred: | Is the claim subject to offset? | |
| | Last 4 digits of account number: | ☐ No ☐ Yes | |

| 3. 332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.97 |
|---|---|---|---|
| | Kings Express P. O. Box 1587 Amherst, NY 14228 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred: | Is the claim subject to offset? | |
| | Last 4 digits of account number: | ☐ No ☐ Yes | |

| 3. 333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,356.57 |
|---|---|---|---|
| | Kings Moving & Storage Inc 2111 Ne Industrial Dr Kansas City, MO 64117 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred: | Is the claim subject to offset? | |
| | Last 4 digits of account number: | ☐ No ☐ Yes | |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 57 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 334 | **Nonpriority creditor's name and mailing address**<br><br>KMS Couriers<br>PO Box 320365<br>Los Gatos, CA 95032 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $131.31 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 335 | **Nonpriority creditor's name and mailing address**<br><br>Kolesnikov Trucking<br>7049 Lincoln Ave<br>Carmichael, CA 95608 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $3,500.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 336 | **Nonpriority creditor's name and mailing address**<br><br>Komatsu Forklift of Atlanta<br>1475 Rock Mountain Blvd.<br>Stone Mountain, GA 30083 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Lease<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $1,754.44 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 337 | **Nonpriority creditor's name and mailing address**<br><br>Konica Minolta<br>PO Box 550599<br>Jacksonville, FL 32255 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Lease<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $393.68 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 338 | **Nonpriority creditor's name and mailing address**<br><br>L&M Enterprises<br>3901 Delp Street<br>Memphis, TN 38118 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $10,312.54 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 339 | **Nonpriority creditor's name and mailing address**<br><br>Lakeland Delivery<br>430 Industrial Blvd Ne<br>Minneapolis, MN 55413 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $26,049.89 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |

Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 58 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|

| 3. 340 | **Nonpriority creditor's name and mailing address**<br><br>Land Air Express<br>JPS 2004, LP / AR<br>PO Box 2250<br>Bowling Green, KY 42102 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ **Contingent**<br>☐ **Unliquidated**<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $27.33 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ **No**<br>☐ **Yes** | |
| 3. 341 | **Nonpriority creditor's name and mailing address**<br><br>Lauren King<br>78 Congress St. Apt B2<br>Jersey City, NJ 07307 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ **Contingent**<br>☐ **Unliquidated**<br>☐ **Disputed**<br><br>Basis for the claim:  Trade Debt | $130.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ **No**<br>☐ **Yes** | |
| 3. 342 | **Nonpriority creditor's name and mailing address**<br><br>LDK Logistics<br>PO Box 370838<br>Denver, CO 80237 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ **Contingent**<br>☐ **Unliquidated**<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $15,377.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ **No**<br>☐ **Yes** | |
| 3. 343 | **Nonpriority creditor's name and mailing address**<br><br>LD'S Home Service<br>7140 Olive St<br>Commerce City, CO 80022 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ **Contingent**<br>☐ **Unliquidated**<br>☐ **Disputed**<br><br>Basis for the claim:  Trade Debt | $0.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ **No**<br>☐ **Yes** | |
| 3. 344 | **Nonpriority creditor's name and mailing address**<br><br>Leadfoot Express<br>1711 S Hoover Rd<br>Wichita, KS 67209 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ **Contingent**<br>☐ **Unliquidated**<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $968.75 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ **No**<br>☐ **Yes** | |
| 3. 345 | **Nonpriority creditor's name and mailing address**<br><br>Lemberg Group<br>766 N Industrial Dr<br>Elmhurst, IL 60126 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ **Contingent**<br>☐ **Unliquidated**<br>☐ **Disputed**<br><br>Basis for the claim:  Trade Debt | $1,600.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ **No**<br>☐ **Yes** | |

Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 59 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 346 | **Nonpriority creditor's name and mailing address**<br><br>Liberty Mutual Insurance<br>P O Box 85307<br>San Diego, CA 92186 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | ($1.00) |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 347 | **Nonpriority creditor's name and mailing address**<br><br>Link Logistics Cargo S.A.S.<br>Nit# 830.066.143-1<br>Carrera 13 # 32-51<br>Oficina 616 Bogota<br>COLOMBIA | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $2,990.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 348 | **Nonpriority creditor's name and mailing address**<br><br>Lively Delivery Service<br>P. O. Box 143043<br>Austin, TX 78714 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $500.51 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 349 | **Nonpriority creditor's name and mailing address**<br><br>Load to Ride Transportation, LLC<br>3680 East 52nd Avenue<br>Denver, CO 80216 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $20,994.02 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 350 | **Nonpriority creditor's name and mailing address**<br><br>Locomote Express<br>2426 US-60<br>Hurricane, WV 25526 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $1,354.53 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 351 | **Nonpriority creditor's name and mailing address**<br><br>Log In Shipping and Logistics Ltd<br>Hanamal 1, Haifa<br>ISRAEL, 33662 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $130.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 60 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|

| 3. 352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106.00 |
|---|---|---|---|
| | Lonestar & Process<br>1064 Hercules Ave<br>Houston, TX 77058 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38.00 |
| | Lufthansa Cargo AG<br>1640 Hempstead Turnpike<br>East Meadow, NY 11554 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $689.23 |
| | Lumber Liquidators<br>2973 Water Tower Place<br>Chanhassen, MN 55317 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105,252.39 |
| | Lykes Cartage Co. Inc.<br>590 Greenhill Drive<br>Roundrock, TX 78665 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,610.76 |
| | MAF Expedited<br>4820 Westport Blvd<br>Montgomery, AL 36108 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,068.84 |
| | Marco Technologies, LLC<br>P O Box 790448<br>Saint Louis, MO 63179 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 61 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| **3. 358** Nonpriority creditor's name and mailing address<br><br>Marketec Transport<br>1514 Lansing Ave<br>Jackson, MI 49202<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $3,500.00 |
| **3. 359** Nonpriority creditor's name and mailing address<br><br>Marlin Business Bank<br>PO Box 13604<br>Philadelphia, PA 19101<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Lease/Purchase - $1.00 option<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $3,012.49 |
| **3. 360** Nonpriority creditor's name and mailing address<br><br>Marques Transportation<br>7831 Foothill Blvd Unit B<br>Sunland, CA 91040<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $1,350.00 |
| **3. 361** Nonpriority creditor's name and mailing address<br><br>Mars Transportation<br>225 S Whiting St<br>Alexandria, VA 22304<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $14,400.00 |
| **3. 362** Nonpriority creditor's name and mailing address<br><br>Matt Charlton Trucking<br>204 Parkway Drive<br>Warrensburg, MO 64093<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $2,000.00 |
| **3. 363** Nonpriority creditor's name and mailing address<br><br>Maurice Ward Networks<br>Silutes pl. 2, 5-tas aukstas<br>LT-91111 Klaipeda<br>LITHUANIA<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $3,187.96 |

Cagney Global Logistics, Inc., Debtor     Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 62 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| **3. 364** | **Nonpriority creditor's name and mailing address**<br><br>MCO Freight Connection Inc<br>1075 Gills Dr, Ste 200<br>Orlando, FL 32824 | $405.54 |
| | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes |
| **3. 365** | **Nonpriority creditor's name and mailing address**<br><br>Mercedes-Benz Financial Services<br>P O Box 5209<br>Carol Stream, IL 60197 | $753.26 |
| | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: Lease - Transferred | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes |
| **3. 366** | **Nonpriority creditor's name and mailing address**<br><br>Metro Express Inc<br>11241 Jersey Blvd, Ste 101<br>Rancho Cucamonga, CA 91730 | $71.03 |
| | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes |
| **3. 367** | **Nonpriority creditor's name and mailing address**<br><br>Mexico Service Center<br>211 West Monroe<br>Mexico, MO 65265 | $524.95 |
| | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes |
| **3. 368** | **Nonpriority creditor's name and mailing address**<br><br>MFA Oil Company<br>P O Box 809023<br>Kansas City, MO 64180 | $19,081.38 |
| | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes |
| **3. 369** | **Nonpriority creditor's name and mailing address**<br><br>MHC Kenworth- Denver<br>7007 Sandown Road<br>Denver, CO 80216 | $13.09 |
| | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes |

Cagney Global Logistics, Inc., Debtor                                    Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 63 of 107

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3. 370 | **Nonpriority creditor's name and mailing address** <br><br> Microsoft <br> PO Box 842103 <br> Dallas, TX 75284 <br><br><br> **Date or dates debt was incurred:** <br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ **Contingent** <br> ☐ **Unliquidated** <br> ☐ Disputed <br><br> Basis for the claim:  Trade Debt <br><br> **Is the claim subject to offset?** <br> ☐ **No** <br> ☐ **Yes** | $0.00 |
| 3. 371 | **Nonpriority creditor's name and mailing address** <br><br> Mid South Express HSV <br> 9310 Madison Blvd Suite 1 <br> Madison, AL 35758 <br><br><br> **Date or dates debt was incurred:** <br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ **Contingent** <br> ☐ **Unliquidated** <br> ☐ **Disputed** <br><br> Basis for the claim:  Trade Debt <br><br> **Is the claim subject to offset?** <br> ☐ **No** <br> ☐ **Yes** | $85.00 |
| 3. 372 | **Nonpriority creditor's name and mailing address** <br><br> Mid South Express Mem <br> 3644 Winchester Rd, #108 <br> Memphis, TN 38118 <br><br><br> **Date or dates debt was incurred:** <br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ **Contingent** <br> ☐ **Unliquidated** <br> ☐ Disputed <br><br> Basis for the claim:  Trade Debt <br><br> **Is the claim subject to offset?** <br> ☐ **No** <br> ☐ **Yes** | $27,942.97 |
| 3. 373 | **Nonpriority creditor's name and mailing address** <br><br> Midco  Courier <br> 2161 South Factor Ave <br> Yuma, AZ 85365 <br><br><br> **Date or dates debt was incurred:** <br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ **Contingent** <br> ☐ **Unliquidated** <br> ☐ **Disputed** <br><br> Basis for the claim:  Trade Debt <br><br> **Is the claim subject to offset?** <br> ☐ **No** <br> ☐ **Yes** | $95.20 |
| 3. 374 | **Nonpriority creditor's name and mailing address** <br><br> Mid-West Express <br> 1660 Wall Street, Suite 400 <br> Mount Prospect, IL 60056 <br><br><br> **Date or dates debt was incurred:** <br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ **Contingent** <br> ☐ **Unliquidated** <br> ☐ **Disputed** <br><br> Basis for the claim:  Trade Debt <br><br> **Is the claim subject to offset?** <br> ☐ **No** <br> ☐ **Yes** | $3,253.81 |

Cagney Global Logistics, Inc., Debtor                                    Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 64 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3. 375 | **Nonpriority creditor's name and mailing address**<br><br>Midwest Transport Specialist<br>400 Kansas Ave<br>Kansas City, KS 66105 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $69,187.50 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 376 | **Nonpriority creditor's name and mailing address**<br><br>Midwestern Express<br>12837 Polo Park Dr<br>Saint Louis, MO 63146 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $36,200.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 377 | **Nonpriority creditor's name and mailing address**<br><br>Mike's Macer Delivery<br>829 Canal St<br>Evansville, IN 47713 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $7,753.23 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 378 | **Nonpriority creditor's name and mailing address**<br><br>Milestone Trailer Leasing<br>P O Box 205580<br>Dallas, TX 75320 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $43,823.42 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 379 | **Nonpriority creditor's name and mailing address**<br><br>Miller Tire of Mexico Missouri<br>P O Box 600<br>Mexico, MO 65265 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $962.55 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 380 | **Nonpriority creditor's name and mailing address**<br><br>Million Air Consultants<br>Craig Million<br>P O Box 1450<br>Hurst, TX 76053 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $125.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 65 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3.381 | **Nonpriority creditor's name and mailing address**<br><br>Mission Cargo<br>2004 McFarland 400 Blvd<br>Alpharetta, GA 30004 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $3,500.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.382 | **Nonpriority creditor's name and mailing address**<br><br>Missouri American Water<br>P O Box 94551<br>Palatine, IL 60094 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $347.80 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.383 | **Nonpriority creditor's name and mailing address**<br><br>Missouri Staffing<br>Liberty Bank<br>PO Box 55<br>Alton, IL 62002 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $5,554.27 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.384 | **Nonpriority creditor's name and mailing address**<br><br>Mobile Air Transport<br>PO Box 219<br>Latham, NY 12110 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $27,671.95 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.385 | **Nonpriority creditor's name and mailing address**<br><br>Mobile One Courier<br>1619 Diamond Springs Rd Suite C<br>Virginia Beach, VA 23455 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $602.92 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3.386 | **Nonpriority creditor's name and mailing address**<br><br>Montana Air Cartage Inc<br>Box 81022<br>Billings, MT 59108 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $46.88 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor          Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 66 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| **3. 387** | **Nonpriority creditor's name and mailing address** | $6,953.08 |
| | Morse Moving & Storage<br>2040 Traversefield Drive<br>Traverse City, MI 49686 | |
| | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| **3. 388** | **Nonpriority creditor's name and mailing address** | $597.54 |
| | Mr Messenger Inc<br>PO Box 8520<br>Warwick, RI 02888 | |
| | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| **3. 389** | **Nonpriority creditor's name and mailing address** | $5,786.33 |
| | MTS Freight<br>1414 N Montana<br>Helena, MT 59601 | |
| | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| **3. 390** | **Nonpriority creditor's name and mailing address** | $0.00 |
| | Multi-Trans<br>Block D, Lot 10<br>Mas Advance Cargo Center<br>Klia Cargo Village, Selangor, 64000<br>MALAYSIA | |
| | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| **3. 391** | **Nonpriority creditor's name and mailing address** | $1,700.00 |
| | MV Cargo<br>2610 Forest Dr, Apt 109<br>Downers Grove, IL 60517 | |
| | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| **3. 392** | **Nonpriority creditor's name and mailing address** | $2,030.50 |
| | N.J. Malin & Associates, LLC<br>P O Box 843860<br>Dallas, TX 75284 | |
| | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor                                Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 67 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** | Amount of Claim

| 3. 393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|
| | NAS Trucking, LLC<br>96 Diamond Cove Lane<br>Starkville, MS 39759 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,368.00 |
| | National Corporate Housing<br>16801 Addison Road, Suite 130<br>Addison, TX 75001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
| | National General<br>P. O. Box 89431<br>Cleveland, OH  44104 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,618.00 |
| | National Shipping of America<br>c/o Norton<br>9550 Regency Square Blvd<br>Jacksonville, FL 32225 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | National Telesystems<br>10525 Newkirk St #220<br>Dallas, TX 75220 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor _____ Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 68 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|

| 3. 398 | **Nonpriority creditor's name and mailing address**<br><br>Nebraska Transport Co<br>1225 Country Club Rd<br>Gering, NE 69341 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $2,774.07 |
|---|---|---|---|
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 399 | **Nonpriority creditor's name and mailing address**<br><br>NEC Financial Services, LLC<br>250 Pehle Ave Ste#704<br>Saddle Brook, NJ 07663 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Two lease purchase agreements $1.00 option | $5,953.16 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 400 | **Nonpriority creditor's name and mailing address**<br><br>Neiman Marcus Direct<br>111 Customer Way<br>Irving, TX 75039 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $683.85 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | **Is the claim subject to offset?**<br>☐ No<br>■ Yes | |
| 3. 401 | **Nonpriority creditor's name and mailing address**<br><br>Net<br>230 Clay Ave<br>Lyndhurst, NJ 07071 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | ($3,257.40) |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 402 | **Nonpriority creditor's name and mailing address**<br><br>Network Delivery Systems<br>4109 S Market Ct<br>Sacramento, CA 95834 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $137.50 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 403 | **Nonpriority creditor's name and mailing address**<br><br>New Hampshire Freight<br>2 Infinity Dr<br>Raymond, NH 03077 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $2,225.08 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 69 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|

| 3. 404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $204.66 |
|---|---|---|---|
| | Newark Parcel Service<br>640 N Cassady Ave<br>Columbus, OH 43219 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3. 405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,400.00 |
|---|---|---|---|
| | Newport Transportation Inc<br>15229 Spectrum<br>Irvine, CA 92618 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3. 406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,792.00 |
|---|---|---|---|
| | Nexustek<br>Suite 201<br>5889 S Greenwood Plaza Blvd.<br>Greenwood Village, CO 80111 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3. 407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $986.78 |
|---|---|---|---|
| | North American Power Business<br>P O Box 9001074<br>Louisville, KY 40290 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3. 408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,853.22 |
|---|---|---|---|
| | North Park Transportation<br>5150 Columbine St<br>Denver, CO 80216 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3. 409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,027.75 |
|---|---|---|---|
| | North Texas Tollway Authority<br>PO Box 660244<br>Dallas, TX 75266 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 70 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 410 | **Nonpriority creditor's name and mailing address**<br><br>Northeast Courier Service<br>2015 State Route 118<br>Sweet Valley, PA 18656 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | $1,059.41 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 411 | **Nonpriority creditor's name and mailing address**<br><br>Northwest Freight & Parcel, LLC<br>645 Keys Rd<br>Yakima, WA 98901 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | $579.71 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 412 | **Nonpriority creditor's name and mailing address**<br><br>Now That's Fast Roc<br>285 Ormond Street<br>Rochester, NY 14605 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | $1,484.42 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 413 | **Nonpriority creditor's name and mailing address**<br><br>NTX Courier & OBC Solutions<br>750 South Main St. Ste 150 #22<br>Keller, TX 76248 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | $323.60 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 414 | **Nonpriority creditor's name and mailing address**<br><br>Oak Harbor Freight Lines<br>1339 West Valley Hwy North<br>PO Box 1469<br>Auburn, WA 980710 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | $263.11 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 415 | **Nonpriority creditor's name and mailing address**<br><br>Obradovic Trucking<br>2307 Tribute Dr<br>Arnold, MO 63010 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt | $2,000.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 71 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|

**3.416** Nonpriority creditor's name and mailing address

OEC Logistics Inc.
13100 Alondra Blvd, Suite 100
Cerritos, CA 90703

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

$95.00

---

**3.417** Nonpriority creditor's name and mailing address

Ohio Bureau of Workers Compensation
P O Box 89492
Cleveland, OH 44101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

$50.00

---

**3.418** Nonpriority creditor's name and mailing address

OKX Logistics
901 Enterprise Avenue Bays 11-16
Oklahoma City, OK 73128

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

$558.00

---

**3.419** Nonpriority creditor's name and mailing address

OKX Logistics Inc
PO Box 272138
Oklahoma City, OK 73137

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

$13,846.11

---

**3.420** Nonpriority creditor's name and mailing address

Omega Solutions Transport
Suite 6
1273 Central Florida Parkway
Orlando, FL 32837

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

$57.49

---

**3.421** Nonpriority creditor's name and mailing address

Ontime Courier Inc
1878 Cude Rd
Colfax, NC 27235

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

$1,345.00

Cagney Global Logistics, Inc., Debtor                                    Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 72 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3. 422 | **Nonpriority creditor's name and mailing address**<br><br>Optima LLC<br>12626 W 62nd Terrace<br>Shawnee Mission, KS 66216 | $7,000.00 |
| | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| 3. 423 | **Nonpriority creditor's name and mailing address**<br><br>Orcas Island Freight<br>34b West Beach Road<br>Eastsound, WA 98245 | $245.62 |
| | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| 3. 424 | **Nonpriority creditor's name and mailing address**<br><br>Overhead Door Company of Atlanta<br>221 Armour Drive<br>Atlanta, GA 30324 | $4,713.00 |
| | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| 3. 425 | **Nonpriority creditor's name and mailing address**<br><br>Pablo Minjares<br>5161 Verde Valley Lane<br>Dallas, TX 75254 | $274.08 |
| | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| 3. 426 | **Nonpriority creditor's name and mailing address**<br><br>Paccar Leasing Company<br>Dept 1241<br>PO Box 121241<br>Dallas, TX 75312 | $9,082.21 |
| | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Lease<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| 3. 427 | **Nonpriority creditor's name and mailing address**<br><br>Pacific Isle Delivery<br>99-880 Iwaena St<br>Aiea, HI 96701 | $156.48 |
| | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 73 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 428 | **Nonpriority creditor's name and mailing address**<br><br>Palco Air Cargo<br>10 Willey Rd<br>Saco, ME 04072 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $225.20 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 429 | **Nonpriority creditor's name and mailing address**<br><br>Pallet Depot<br>3505 W Arrow<br>Marshall, MO 65340 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $45,165.50 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 430 | **Nonpriority creditor's name and mailing address**<br><br>Parcel Delivery of Albuquerque<br>2415 Alamo SE<br>Albuquerque, NM 87106 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $3,237.47 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 431 | **Nonpriority creditor's name and mailing address**<br><br>Paris Freight<br>2300 E Higgins Rd, Ste 316<br>Elk Grove Village, IL 60007 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $3,700.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 432 | **Nonpriority creditor's name and mailing address**<br><br>Payment Remittance Center<br>PO Box 6426<br>Carol Stream, IL 60197 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $0.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 433 | **Nonpriority creditor's name and mailing address**<br><br>PDQ Delivery Rochester<br>52 Marway Circle<br>Rochester, NY 14624 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $165.28 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 74 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 434 | **Nonpriority creditor's name and mailing address**<br><br>Peninsula Truck Lines Inc<br>PO Box 587<br>Auburn, WA 98071 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ **Contingent**<br>☐ **Unliquidated**<br>☐ **Disputed**<br><br>Basis for the claim: Trade Debt | $797.47 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 435 | **Nonpriority creditor's name and mailing address**<br><br>Phillips 66 CO/SYNCB<br>P O Box 530970<br>Atlanta, GA 30353 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ **Contingent**<br>☐ **Unliquidated**<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $434.48 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 436 | **Nonpriority creditor's name and mailing address**<br><br>Pier17 Group Dominicana S.R.L.<br>Ave. México 99, Local 3B,<br>El Vergel Santo Domingo, R.D<br>DOMINICAN REPUBLIC | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ **Contingent**<br>☐ **Unliquidated**<br>☐ **Disputed**<br><br>Basis for the claim: Trade Debt | ($868.64) |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 437 | **Nonpriority creditor's name and mailing address**<br><br>Pinnacol Assurance<br>P O Box 561434<br>Denver, CO 80256 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ **Contingent**<br>☐ **Unliquidated**<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $2,156.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 438 | **Nonpriority creditor's name and mailing address**<br><br>Point Roberts Auto Freight Inc<br>3975 Irongate<br>Ste 120 Loading Dock 6<br>Bellingham, WA 98226 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ **Contingent**<br>☐ **Unliquidated**<br>☐ **Disputed**<br><br>Basis for the claim: Trade Debt | $75.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 439 | **Nonpriority creditor's name and mailing address**<br><br>Polymer Logistics, Inc<br>P O Box 844632<br>Los Angeles, CA 90084 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ **Contingent**<br>☐ **Unliquidated**<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | ($5.25) |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor                                    Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 75 of 107

**3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 440 | **Nonpriority creditor's name and mailing address**<br><br>Portland Air Freight<br>75 Postal Service Way<br>Scarborough, ME 04074 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $1,905.38 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 441 | **Nonpriority creditor's name and mailing address**<br><br>Poulin Enterprises Inc<br>1005 South Street<br>Suffield, CT 06078 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $15,736.92 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 442 | **Nonpriority creditor's name and mailing address**<br><br>Precision Material Handling<br>268 West Lincoln St.<br>Banning, CA 92220 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $923.19 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 443 | **Nonpriority creditor's name and mailing address**<br><br>Principal Financial Group<br>Attn: Client Transition Svcs<br>111 West State Street<br>Mason City, IA 50401 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $3,828.14 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 444 | **Nonpriority creditor's name and mailing address**<br><br>Priority One Air Freight<br>808 Airfield Rd<br>Gwinn, MI 49855 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $449.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 445 | **Nonpriority creditor's name and mailing address**<br><br>ProDrivers<br>P O Box 102409<br>Atlanta, GA 30368 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $55,643.23 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor     Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 76 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| **3. 446** | **Nonpriority creditor's name and mailing address**<br><br>PLDAB, LLC<br>c/o ProLogis<br>Attn: Robert Wright<br>2021 McKinney Avenue, Suite 1050<br>Dallas, TX 75201<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Remaining Term of Lease<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $45,734.67 |
| **3. 447** | **Nonpriority creditor's name and mailing address**<br><br>Professional Cargo Service<br>3735 S West St<br>Wichita, KS 67217<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $167.50 |
| **3. 448** | **Nonpriority creditor's name and mailing address**<br><br>Pt Prima International Cargo<br>Jl. Wr. Jati Bar. IV No.6, RT.4/RW.3,<br>Kalibata, Pancoran, Kota Jakarta Selatan,<br>Daerah Khusus Ibukota Jakarta, 12740<br>INDONESIA<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $273.34 |
| **3. 449** | **Nonpriority creditor's name and mailing address**<br><br>Pure Water Dynamics, Inc<br>30 Kalamath St<br>Denver, CO 80223<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $97.68 |
| **3. 450** | **Nonpriority creditor's name and mailing address**<br><br>Quality Service Trucking Inc<br>12801 S Figueroa St<br>Los Angeles, CA 90061<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $1,639.91 |
| **3. 451** | **Nonpriority creditor's name and mailing address**<br><br>Queen City Air Freight Inc<br>1160 N Farm Road 123<br>Springfield, MO 65803<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $1,501.00 |

Cagney Global Logistics, Inc., Debtor _____ Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 77 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 452 | **Nonpriority creditor's name and mailing address**<br><br>Quick Delivery Inc<br>PO Box 418099<br>Kansas City, MO 64141<br><br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $10,105.94 |
| 3. 453 | **Nonpriority creditor's name and mailing address**<br><br>Quick Search<br>4155 Buena Vista<br>Dallas, TX 75204<br><br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $1,901.74 |
| 3. 454 | **Nonpriority creditor's name and mailing address**<br><br>Quicksilver<br>203 Little Canada Road East<br>Saint Paul, MN 55117<br><br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $1,122.77 |
| 3. 455 | **Nonpriority creditor's name and mailing address**<br><br>Quicksilver Express Courier Den<br>1400 Quail Street<br>Lakewood, CO 80215<br><br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $1,002.88 |
| 3. 456 | **Nonpriority creditor's name and mailing address**<br><br>R Express LLC<br>5062 Sweet Bay St Suite 202<br>Mason, OH 45040<br><br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $726.83 |
| 3. 457 | **Nonpriority creditor's name and mailing address**<br><br>R T Express<br>13300 Brooks Drive Ste A<br>Baldwin Park, CA 91706<br><br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $1,081.59 |

Cagney Global Logistics, Inc., Debtor _____ Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 78 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 458 | **Nonpriority creditor's name and mailing address**<br><br>R+l Truckload Services<br>BOFA Lockbox 74008195<br>La Salle National Bank<br>Chicago, IL 60674<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $10,306.77 |
| 3. 459 | **Nonpriority creditor's name and mailing address**<br><br>RAC Transport Denver<br>PO Box 17459<br>Denver, CO 80217<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $29,953.38 |
| 3. 460 | **Nonpriority creditor's name and mailing address**<br><br>Rack's Express<br>1673 W 5560 N<br>Saint George, UT 84770<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $4,840.00 |
| 3. 461 | **Nonpriority creditor's name and mailing address**<br><br>RAK Logistics Holding Pte Ltd<br>RAK Logistics Holdings Pte Ltd.<br>273 Thomson Road #04-04<br>Singapore 307644<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $61.13 |
| 3. 462 | **Nonpriority creditor's name and mailing address**<br><br>Rapid Logistics B.V.<br>Incheonweg 7<br>1437 EK Rozenburg<br>NETHERLANDS<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $665.30 |

Cagney Global Logistics, Inc., Debtor                    Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 79 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3. 463 | **Nonpriority creditor's name and mailing address**<br><br>Raymond Leasing Corp<br>P O Box 301590<br>Dallas, TX 75303<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $7,196.14 |
| 3. 464 | **Nonpriority creditor's name and mailing address**<br><br>Razor Enterprises<br>1460 Cresthaven Dr<br>Missoula, MT 59808<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $438.00 |
| 3. 465 | **Nonpriority creditor's name and mailing address**<br><br>Ready Temporary Services<br>PO Box 18861<br>Denver, CO 80218<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $91.50 |
| 3. 466 | **Nonpriority creditor's name and mailing address**<br><br>ReadyRefresh<br>P O Box 856680<br>Louisville, KY 40285<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $400.98 |
| 3. 467 | **Nonpriority creditor's name and mailing address**<br><br>Red Arrow Group Inc<br>6500 S.Quebec St, Ste 300<br>Englewood, CO 80111<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $0.00 |
| 3. 468 | **Nonpriority creditor's name and mailing address**<br><br>Red Hot Document Consultants Ltd<br>PO Box 741091<br>Houston, TX 77274<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $260.00 |

Cagney Global Logistics, Inc., Debtor     Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 80 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 469 | **Nonpriority creditor's name and mailing address**<br><br>Reeds Home Delivery<br>1956 Sabre St<br>Hayward, CA 94545 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $24,881.49 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 470 | **Nonpriority creditor's name and mailing address**<br><br>Reliable Courier Express L.L.P<br>201 Stone River Parkway<br>Mount Holly, NC 28120 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $7,907.23 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 471 | **Nonpriority creditor's name and mailing address**<br><br>Reliable Delivery DTW<br>21450 East Trolley Industrial Dr<br>Taylor, MI 48180 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $3,390.58 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 472 | **Nonpriority creditor's name and mailing address**<br><br>Reliance Propane & Fuel Oil<br>6025 Secor Rd<br>Toledo, OH 43613 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $17.25 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 473 | **Nonpriority creditor's name and mailing address**<br><br>Result Transportation<br>16290 Dunston St<br>Macomb, MI 48044 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $2,000.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 474 | **Nonpriority creditor's name and mailing address**<br><br>Retriever Air Freight<br>2799 Winters Ave<br>Grand Junction, CO 81501 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $3,537.96 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |

| Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7 |
|---|---|

Creditors with NONPRIORITY Unsecured Claims
Page 81 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 475 | **Nonpriority creditor's name and mailing address** <br><br> Ridgeway Trucking <br> 15745 US Hwy 63 <br> Kirksville, MO 63501 | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: Trade Debt <br><br> Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | $2,100.00 |
| | Date or dates debt was incurred: <br> Last 4 digits of account number: | | |
| 3. 476 | **Nonpriority creditor's name and mailing address** <br><br> River City Trans <br> 2003 Opportunity Dr, #3 <br> Roseville, CA 95678 | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: Trade Debt <br><br> Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | $7,500.00 |
| | Date or dates debt was incurred: <br> Last 4 digits of account number: | | |
| 3. 477 | **Nonpriority creditor's name and mailing address** <br><br> RLS Transportation <br> 4817 Chadwick Lane <br> Saint Charles, MO 63304 | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: Trade Debt <br><br> Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | $3,700.00 |
| | Date or dates debt was incurred: <br> Last 4 digits of account number: | | |
| 3. 478 | **Nonpriority creditor's name and mailing address** <br><br> Road Runner Fay <br> 115 Oakridge Ave <br> Fayetteville, NC 28305 | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: Trade Debt <br><br> Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | $80.00 |
| | Date or dates debt was incurred: <br> Last 4 digits of account number: | | |
| 3. 479 | **Nonpriority creditor's name and mailing address** <br><br> Roanoke Insurance <br> 35079 Eagle Way <br> Chicago, IL 60678 | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: Trade Debt <br><br> Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | $4,412.77 |
| | Date or dates debt was incurred: <br> Last 4 digits of account number: | | |
| 3. 480 | **Nonpriority creditor's name and mailing address** <br><br> Roanoke Trade Services <br> 11 Greenway Plaza, Suite 1405 <br> Houston, TX 77046 | As of the petition filing date, the claim is: <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim: Trade Debt <br><br> Is the claim subject to offset? <br> ☐ No <br> ☐ Yes | $187.50 |
| | Date or dates debt was incurred: <br> Last 4 digits of account number: | | |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 82 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|

| 3. 481 | Nonpriority creditor's name and mailing address<br><br>Rocky Mountain Cargo<br>2959 W California Ave Suite H<br>Salt Lake City, UT 84104 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $18,053.49 |
|---|---|---|---|
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 482 | Nonpriority creditor's name and mailing address<br><br>Ronnie Kimbley<br>2201 Lakeview Road<br>Mexico, MO 65265 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $2,417.62 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 483 | Nonpriority creditor's name and mailing address<br><br>Runner Logistics<br>13005 Audelia Rd, Apt 3230<br>Dallas, TX 75243 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $3,800.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 484 | Nonpriority creditor's name and mailing address<br><br>Rushmore Air Freight<br>29 Main Street<br>Rapid City, SD 57701 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $273.80 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 485 | Nonpriority creditor's name and mailing address<br><br>Rushway Delivery<br>23669 Eichler Ste A<br>Hayward, CA 94545 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $1,688.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 486 | Nonpriority creditor's name and mailing address<br><br>Russell Deliveries<br>420 E President St<br>Tupelo, MS 38801 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $1,425.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 83 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|

**3. 487**   Nonpriority creditor's name and mailing address

Russell Lagud
2201 Lakeview Road
Mexico, MO 65265

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred:
Last 4 digits of account number:

Is the claim subject to offset?
☐ No
☐ Yes

**$0.00**

---

**3. 488**   Nonpriority creditor's name and mailing address

Ryans Express Freight Inc
23547 Eichler St. Unit A
Hayward, CA 94545

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred:
Last 4 digits of account number:

Is the claim subject to offset?
☐ No
☐ Yes

**$12,358.19**

---

**3. 489**   Nonpriority creditor's name and mailing address

Ryder Truck Rental, Inc.
dba Ryder Transportation Services
11690 Northwest 105th Street
Miami, FL 33178

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Return of rental/leased equipment

Date or dates debt was incurred:
Last 4 digits of account number:

Is the claim subject to offset?
☐ No
☐ Yes

**$750,163.08**

---

**3. 490**   Nonpriority creditor's name and mailing address

S & A Courier
482 SW 200 Terrace
Pembroke Pines, FL 33029

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred:
Last 4 digits of account number:

Is the claim subject to offset?
☐ No
☐ Yes

**$225.00**

---

**3. 491**   Nonpriority creditor's name and mailing address

S Group China Log Wuhan Branch
Room 1604, Building B2,
Yuanchen International No.328
Qingnian Road, Jianghan District
Wuhan, Hubei, CHINA 430000

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred:
Last 4 digits of account number:

Is the claim subject to offset?
☐ No
☐ Yes

**$100.00**

---

**3. 492**   Nonpriority creditor's name and mailing address

S Group China Logistics Co, Ltd Beijing
Room 901, Changying Plaza, Chaoyangbei Rd.
Beijing, 00001
CHINA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Date or dates debt was incurred:
Last 4 digits of account number:

Is the claim subject to offset?
☐ No
☐ Yes

**$227.00**

Cagney Global Logistics, Inc., Debtor     Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 84 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| **3. 493** | **Nonpriority creditor's name and mailing address**<br><br>S Group China Logistics Co. Ltd<br>Room 605, Tower A (The health valley)<br>No 860 East Tiyuhui Rd., Hong Kou District<br>Shanghai, CHINA 200083<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $203,981.19 |
| **3. 494** | **Nonpriority creditor's name and mailing address**<br><br>S Group China Logistics Co. Ltd.<br>Room 505-508, Block B<br>Times Focus Commercial Center<br>No.168, Yuanjing Road<br>Guangzhou, CHINA 510403<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $600,983.91 |
| **3. 495** | **Nonpriority creditor's name and mailing address**<br><br>S Group China Logistics Co., Ltd.<br>Room 922-923, Soho Building, No. 619<br>South Hubin Road Xiamen, . 361004<br>CHINA<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $5,415.19 |
| **3. 496** | **Nonpriority creditor's name and mailing address**<br><br>S Group China Logistics Co., Ltd.<br>No. 248-250, Bei'anqinsen, Shui Street<br>Jiangbei District, Ningbo<br>CHINA<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $150.00 |
| **3. 497** | **Nonpriority creditor's name and mailing address**<br><br>S Group China Logistics Co., Ltd.<br>RM1412-1413, BUSINESS BUILDING B,<br>WANDA PLAZA, NO.112 YANJI ROAD,<br>QINGDAO, CHINA (266000)<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $26,388.67 |
| **3. 498** | **Nonpriority creditor's name and mailing address**<br><br>S Ocean Global Logistics Ltd<br>Unit A, G/f, East Asia Industrial Building No. 2<br>Ho Tin Street Tuen Mun<br>HONG KONG<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $86,873.80 |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 85 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|

**3. 499** | Nonpriority creditor's name and mailing address

Safeway Transit
13775 Renton Rd
Battle Creek, MI 49015

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

**Amount of Claim: $1,950.00**

---

**3. 500** | Nonpriority creditor's name and mailing address

Salinas Trucking
3631 Old Port Isabel
Brownsville, TX 78526

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

**Amount of Claim: $1,350.00**

---

**3. 501** | Nonpriority creditor's name and mailing address

Sam Transport
800 Cambourne Dr
Saint Louis, MO 63125

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

**Amount of Claim: $3,200.00**

---

**3. 502** | Nonpriority creditor's name and mailing address

Same Day Delivery LLC
1603 Bridger Drive
Bozeman, MT 59715

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

**Amount of Claim: $436.19**

---

**3. 503** | Nonpriority creditor's name and mailing address

Searcy
1470 Chevrier Blvd.
Winnipeg, MB R3T 1Y6
CANADA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

**Amount of Claim: ($140.00)**

---

**3. 504** | Nonpriority creditor's name and mailing address

Security Transport & Delivery Service
P. O. Box 12244
Roanoke, VA 24012-8982

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

**Amount of Claim: $4,240.17**

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 86 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 505 | Nonpriority creditor's name and mailing address<br><br>Shaggys Express<br>PO Box 210513<br>Kansas City, MO 64121 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $1,400.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 506 | Nonpriority creditor's name and mailing address<br><br>Shea Trucking<br>174 Cabot Street<br>West Babylon, NY 11704 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $383.78 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 507 | Nonpriority creditor's name and mailing address<br><br>Shelton Transportation Lines<br>6464 Hwy 1<br>Jonesboro, AR 72403 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $6,400.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 508 | Nonpriority creditor's name and mailing address<br><br>Silk Road Trans<br>9128 Old Newtown Rd A-11<br>Philadelphia, PA 19115 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $14,800.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 509 | Nonpriority creditor's name and mailing address<br><br>Slam Delivery<br>5323 36th Avenue Court<br>Moline, IL 61265 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $1,532.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 510 | Nonpriority creditor's name and mailing address<br><br>Sociaco S.A.<br>De la Bridgestone/Firestone 535 metros este,<br>Contiguo Super 2000,<br>Calle Viquez, Flores, Heredia<br>COSTA RICA | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $245.76 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor     Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 87 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3. 511 | **Nonpriority creditor's name and mailing address**<br><br>Socket<br>P O Box 1118<br>Columbia, MO 65205<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $3,488.88 |
| 3. 512 | **Nonpriority creditor's name and mailing address**<br><br>Somatra S.A.<br>Fracht Ost (F2)<br>Büro Nr 1-873 - Postfach<br>8058 Zürich-Flughafen<br>SWITZERLAND<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $11,854.49 |
| 3. 513 | **Nonpriority creditor's name and mailing address**<br><br>Sooner Land Air Courier, Inc.<br>7504 Melrose Lane<br>Oklahoma City, OK 73127<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $59.21 |
| 3. 514 | **Nonpriority creditor's name and mailing address**<br><br>Sourceone Transportation<br>801 Hanover Drive, Suite 560<br>Grapevine, TX 76051<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $3,300.00 |
| 3. 515 | **Nonpriority creditor's name and mailing address**<br><br>Southeastern Freight Lines<br>420 Davega Rd<br>Lexington, SC 29073<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $6,647.41 |
| 3. 516 | **Nonpriority creditor's name and mailing address**<br><br>Southwest Airlines Co.<br>PO Box 97390<br>Dallas, TX 75397<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $4,673.95 |

Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 88 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|

| 3. 517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $870.38 |
|---|---|---|---|
| | Special Dispatch Inc 3560 Developers Road Indianapolis, IN 46227 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred: | Is the claim subject to offset? | |
| | Last 4 digits of account number: | ☐ No ☐ Yes | |

| 3. 518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,557.87 |
|---|---|---|---|
| | Special Service Freight Co of Carolina PO Box 19508 Charlotte, NC 28219 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred: | Is the claim subject to offset? | |
| | Last 4 digits of account number: | ☐ No ☐ Yes | |

| 3. 519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,400.00 |
|---|---|---|---|
| | Specialty Freight Solutions LLC 1863 W. Rillito Tucson, AZ 85705 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred: | Is the claim subject to offset? | |
| | Last 4 digits of account number: | ☐ No ☐ Yes | |

| 3. 520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |
|---|---|---|---|
| | Specialize Transportation 5475 Technology Pkwy Braselton, GA 30517 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred: | Is the claim subject to offset? | |
| | Last 4 digits of account number: | ☐ No ☐ Yes | |

| 3. 521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,437.90 |
|---|---|---|---|
| | Spectrum Business - Time Warner Cable P. O. Box 60074 Ontario, CA 91716 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred: | Is the claim subject to offset? | |
| | Last 4 digits of account number: | ☐ No ☐ Yes | |

| 3. 522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $289.68 |
|---|---|---|---|
| | Speedee Delivery P. O. Box St. Cloud, MN 56302-1417 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred: | Is the claim subject to offset? | |
| | Last 4 digits of account number: | ☐ No ☐ Yes | |

Cagney Global Logistics, Inc., Debtor        Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 89 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 523 | **Nonpriority creditor's name and mailing address**<br><br>Speedy Pak Myr<br>4017 Wesley St<br>Myrtle Beach, SC 29579 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $19,837.40 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 524 | **Nonpriority creditor's name and mailing address**<br><br>Sprague Pest Solutions<br>PO Box 2222<br>Tacoma, WA 98401 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $243.35 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 525 | **Nonpriority creditor's name and mailing address**<br><br>Sprint<br>3558 W Airport Freeway<br>Irving, TX 75062 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | 318/32 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 526 | **Nonpriority creditor's name and mailing address**<br><br>Sprint Worldwide Freight LLC<br># 101, 1st Floor, Souq Al Kabir Building<br>Khalid Bin Al Walid Road, Bank Street<br>Bur Dubai, Dubai, PO. 242344<br>UNITED ARAB EMIRATES | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $822.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 527 | **Nonpriority creditor's name and mailing address**<br><br>SS Air Express<br>10305 W York Street<br>Wichita, KS 67215 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $216.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 528 | **Nonpriority creditor's name and mailing address**<br><br>Staples Business Advantage<br>Dept Atl<br>P O Box 405386<br>Atlanta, GA 30384 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $4,395.94 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor     Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 90 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 529 | **Nonpriority creditor's name and mailing address**<br><br>Star Couriers<br>8900 Westwood Ave<br>Little Rock, AR 72204 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $1,416.10 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 530 | **Nonpriority creditor's name and mailing address**<br><br>Starex Transport, LLC<br>4641 Gravoid Avenue, Suite B<br>Saint Louis, MO 63116 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $2,000.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 531 | **Nonpriority creditor's name and mailing address**<br><br>State Compensation Insurance Fund<br>P O Box 7441<br>San Francisco, CA 94120 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $6,112.28 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 532 | **Nonpriority creditor's name and mailing address**<br><br>Status Transportation<br>721 Garden Commerce Pkwy<br>Winter Garden, FL 34787 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $3,200.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 533 | **Nonpriority creditor's name and mailing address**<br><br>Stephen Russell<br>9000 N Royal Lane<br>Irving, TX 75063 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $0.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 534 | **Nonpriority creditor's name and mailing address**<br><br>Sterling Personnel<br>4455 LBJ Freeway #1080<br>Dallas, TX 75244 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $2,806.14 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |

Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 91 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3. 535 | **Nonpriority creditor's name and mailing address** | $1,155.75 |
| | Stewart Organization<br>PO Box 166708<br>Irving, TX 75016 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 536 | **Nonpriority creditor's name and mailing address** | $3,300.00 |
| | STL Fleet<br>1135 Hawkstone Lane<br>Saint Louis, MO 63125 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 537 | **Nonpriority creditor's name and mailing address** | $872.85 |
| | Straight Shot Express<br>817 Hidden Meadow Ln<br>Lake City, MN 55041 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 538 | **Nonpriority creditor's name and mailing address** | $72.71 |
| | Straight Shot Express<br>4400 S Kansas Ave<br>Saint Francis, WI 53235 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 539 | **Nonpriority creditor's name and mailing address** | $375.00 |
| | Straight Shot Express<br>21282 N Brady St<br>Davenport, IA 52806 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 540 | **Nonpriority creditor's name and mailing address** | $2,000.00 |
| | Strella LLC<br>6247 Gowan Ave SW<br>Howard Lake, MN 55349 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 92 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|

**3. 541** | Nonpriority creditor's name and mailing address

Sun Life Financial
PO Box 807009
Kansas City, MO 64184

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

**$2,877.84**

---

**3. 542** | Nonpriority creditor's name and mailing address

Sun Vn Transportation Corporation
20 Hoang Minh Giam Street
Ward 9, Phu Nhuan Dist
Ho Chi Minh City
VIETNAM

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

**$280.00**

---

**3. 543** | Nonpriority creditor's name and mailing address

Superior Service Transport
3225 W. California Ave
Salt Lake City, UT 84104

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

**$2,793.51**

---

**3. 544** | Nonpriority creditor's name and mailing address

Sure Logix LLC
200 Crofton Rd Suite Bldg 7-375
Kenner, LA 70062

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

**$3,867.12**

---

**3. 545** | Nonpriority creditor's name and mailing address

Swift Air Logistics
261 Industrial Dr
Ruckersville, VA 22968

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

**$175.79**

---

**3. 546** | Nonpriority creditor's name and mailing address

T Force Critical
PO Box 842330
Boston, MA 02284

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

Date or dates debt was incurred:
Last 4 digits of account number:

**$4,881.09**

Cagney Global Logistics, Inc., Debtor

Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 93 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 547 | Nonpriority creditor's name and mailing address<br><br>Tax Airfreight Inc<br>5975 South Howell Avenue<br>Milwaukee, WI 53207 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $153.30 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 548 | Nonpriority creditor's name and mailing address<br><br>Tax Airfreight Inc<br>PO Box 8756<br>Carol Stream, IL 60197 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $3,909.14 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 549 | Nonpriority creditor's name and mailing address<br><br>Tcourier<br>2124 Carrol Creek Road<br>Johnson City, TN 37615 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $625.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 550 | Nonpriority creditor's name and mailing address<br><br>Tech Trans<br>1701 W. Northwest Hwy Suite 100<br>Grapevine, TX 76051 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $1,265.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 551 | Nonpriority creditor's name and mailing address<br><br>Tekin Systems<br>PO Box 260<br>Waterville, OH 43566 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $518.93 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 552 | Nonpriority creditor's name and mailing address<br><br>Tforce Integrated Solutions<br>96 Disco Rd<br>Toronto, Ontario M9W 0A3<br>CANADA | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $1,137.06 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 94 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 553 | **Nonpriority creditor's name and mailing address**<br><br>TFS Cargo Services Ltd<br>Unit 1/Pier Rd/North Feltham Trading Est<br>Feltham TW14 0TW<br>United Kingdom<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $68,433.74 |
| 3. 554 | **Nonpriority creditor's name and mailing address**<br><br>The Delivery People<br>PO Box 30377<br>Honolulu, HI 96820<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $217.05 |
| 3. 555 | **Nonpriority creditor's name and mailing address**<br><br>The Expediting Co Clt<br>922 Second St SE<br>Charlottesville, VA 22902<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $92.29 |
| 3. 556 | **Nonpriority creditor's name and mailing address**<br><br>The Expediting Company<br>1295 S Brown School Rd<br>Vandalia, OH 45377<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $13,979.19 |
| 3. 557 | **Nonpriority creditor's name and mailing address**<br><br>The Home Depot- Store Support Center<br>Attn- Shannon Campbell<br>2455 Paces Ferry Rd D-16<br>Atlanta, GA 30339<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>■ Yes | $8,039.50 |
| 3. 558 | **Nonpriority creditor's name and mailing address**<br><br>The Key People Co<br>777 S Wadsworth Blvd Bldg 3 #102<br>Lakewood, CO 80226<br><br>Date or dates debt was incurred:<br>Last 4 digits of account number: | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $255.00 |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 95 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|

**3. 559** | Nonpriority creditor's name and mailing address

The Sumitomo Warehouse
Osaka Air Cargo Section
International Air Cargo Dept 2-1-
5, Kawaguchi, Nishi-ku
Osaka, 550-0021 JAPAN

Date or dates debt was incurred:
Last 4 digits of account number:

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

$6,502.33

---

**3. 560** | Nonpriority creditor's name and mailing address

Time Couriers
3010 S Tejon Street
Englewood, CO 80110

Date or dates debt was incurred:
Last 4 digits of account number:

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

$1,205.00

---

**3. 561** | Nonpriority creditor's name and mailing address

TK Davis Holdings
c/o Kimberly Hughes
355 Pinson Drive
Corpus Christi, TX 78406

Date or dates debt was incurred:
Last 4 digits of account number:

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Lawsuit pending

Is the claim subject to offset?
☐ No
☐ Yes

$0.00
(unknown)

---

**3. 562** | Nonpriority creditor's name and mailing address

TM Express
PO Box 2133
Grapevine, TX 76099

Date or dates debt was incurred:
Last 4 digits of account number:

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

$2,590.00

---

**3. 563** | Nonpriority creditor's name and mailing address

T-Mobile
P O Box 660252
Dallas, TX 75266

Date or dates debt was incurred:
Last 4 digits of account number:

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

$334.08

---

**3. 564** | Nonpriority creditor's name and mailing address

Total Quality Logistics
PO Box 634558
Cincinnati, OH 45263

Date or dates debt was incurred:
Last 4 digits of account number:

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Debt

Is the claim subject to offset?
☐ No
☐ Yes

($625.00)

Cagney Global Logistics, Inc., Debtor

Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 96 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 565 | **Nonpriority creditor's name and mailing address**<br><br>Total Truck Transport Bwi<br>889 Airport Park Road<br>Glen Burnie, MD 21061 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $510.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 566 | **Nonpriority creditor's name and mailing address**<br><br>Total Truck Transport Mco<br>19128 Roman Way<br>Montgomery, MD 20886 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $5,495.22 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 567 | **Nonpriority creditor's name and mailing address**<br><br>Town Delivery<br>2615 North 11th Street<br>Omaha, NE 68110 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $3,060.96 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 568 | **Nonpriority creditor's name and mailing address**<br><br>Toyota Commercial Finance<br>Dept 2431<br>Citicorp, IL 60132 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Forklift lease | $561.56 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 569 | **Nonpriority creditor's name and mailing address**<br><br>TP Freight Lines<br>6100 N Basin Ave<br>Portland, OR 97217 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $9,022.62 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 570 | **Nonpriority creditor's name and mailing address**<br><br>Trace Staffing Solutions<br>PO Box 628388<br>Orlando, FL 32862 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $129.24 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 97 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|

**3.571** | Nonpriority creditor's name and mailing address

Translogistix
8680 Greenwood Place, Suite B
Savage, MD 20763

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred:
Last 4 digits of account number:

Is the claim subject to offset?
☐ No
☐ Yes

**$11,571.68**

---

**3.572** | Nonpriority creditor's name and mailing address

Transmark Cartage
22217 68th Ave South
Kent, WA 98032

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred:
Last 4 digits of account number:

Is the claim subject to offset?
☐ No
☐ Yes

**$36,941.24**

---

**3.573** | Nonpriority creditor's name and mailing address

Transmedik Specialized
2272 Colorado Blvd Suite 1225
Los Angeles, CA 90041

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred:
Last 4 digits of account number:

Is the claim subject to offset?
☐ No
☐ Yes

**$19,375.00**

---

**3.574** | Nonpriority creditor's name and mailing address

Transvas Cargo Logistics
AV. Fco. de Orellana y Justino
Cornejo, Edif. Torres Atlas, piso 07, off 2
Guayaquil
ECUADOR

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred:
Last 4 digits of account number:

Is the claim subject to offset?
☐ No
☐ Yes

**$2,665.56**

---

**3.575** | Nonpriority creditor's name and mailing address

Travelers - RMD
PO Box 361076
Columbus, OH 43236

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred:
Last 4 digits of account number:

Is the claim subject to offset?
☐ No
☐ Yes

**$2,059.00**

---

**3.576** | Nonpriority creditor's name and mailing address

Trinity Trailer Sales & Service, Inc
P O Box 560206
Dallas, TX 75356

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Date or dates debt was incurred:
Last 4 digits of account number:

Is the claim subject to offset?
☐ No
☐ Yes

**$349.25**

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 98 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 577 | **Nonpriority creditor's name and mailing address**<br><br>Triple B Forwarders<br>P.O.BOX 2949 Tamuning<br>10 O St, Tamuning, 96913<br>GUAM | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $1,165.86 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 578 | **Nonpriority creditor's name and mailing address**<br><br>Triple B Forwarders<br>P.O. Box 501928<br>Saipan, MP 96950-1928 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $178.39 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 579 | **Nonpriority creditor's name and mailing address**<br><br>Triple Crown Shipping and Logistics LLC.<br>Arenco Building, "B" Block<br>2nd Floor, Office No: 205<br>Zabeel Road, Karama Dubai<br>UNITED ARAB EMIRATES | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $0.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 580 | **Nonpriority creditor's name and mailing address**<br><br>Tri-State Alarm<br>PO Box 664<br>Moberly, MO 65270 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $71.90 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 581 | **Nonpriority creditor's name and mailing address**<br><br>Turner Transportation Group Inc.<br>1062 Florida Ave.<br>PO Box 979<br>Hagerstown, MD 21741 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $828.65 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 582 | **Nonpriority creditor's name and mailing address**<br><br>Tyco Integrated Security LLC<br>P O Box 371967<br>Pittsburgh, PA 15250 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $1,691.47 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor                                    Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 99 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 583 | **Nonpriority creditor's name and mailing address**<br><br>Tyler Transport Mdt<br>2731 Turnpike Industrial Driver<br>Middletown, PA 17057 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $2,262.58 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 584 | **Nonpriority creditor's name and mailing address**<br><br>Tyler Transport Phl<br>401 Kaiser Driver<br>Folcroft, PA 19032 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $3,472.30 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 585 | **Nonpriority creditor's name and mailing address**<br><br>Uline<br>Attn: Accounts Receivable<br>P O Box 88741<br>Chicago, IL 60680 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $11,632.38 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 586 | **Nonpriority creditor's name and mailing address**<br><br>Ulopa Trucking<br>90 Madison St, #207<br>Worcester, MA 01608 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $1,800.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 587 | **Nonpriority creditor's name and mailing address**<br><br>Unifirst<br>14000 E. Moncrief Place<br>Aurora, CO 80011 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $1,232.06 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 588 | **Nonpriority creditor's name and mailing address**<br><br>Union Logistics Inc<br>950 S. Hatcher Ave<br>La Puente, CA 91748 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $4,725.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 100 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3.589 | **Nonpriority creditor's name and mailing address**<br><br>United Airlines Cargo<br>First National Bank<br>22897 Network Place<br>Chicago, IL 60673 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $14,907.77 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3.590 | **Nonpriority creditor's name and mailing address**<br><br>United Asian Logistics Co Ltd<br>Room 2015, 2Fl., No. 107<br>Hang Siang Rd., Dayuan Shiang<br>Taoyuan County 33758<br>Taiwan, R.O.C. | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $0.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3.591 | **Nonpriority creditor's name and mailing address**<br><br>UPS Freight<br>PO Box 730900<br>Dallas, TX 75373 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $239.30 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3.592 | **Nonpriority creditor's name and mailing address**<br><br>UPS/UPS SCS Dallas<br>P O Box 730900<br>Dallas, TX 75373 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $48.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3.593 | **Nonpriority creditor's name and mailing address**<br><br>US Expediting & Logistics<br>4311 Old Springfield Rd<br>Vandalia, OH 45377 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $29.51 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3.594 | **Nonpriority creditor's name and mailing address**<br><br>US Lines LLC c/o CMA-CGM<br>5701 Lake Wright Drive<br>Norfolk, VA 23502 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $3,445.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 101 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 595 | **Nonpriority creditor's name and mailing address**<br><br>US Megaline<br>6542 A Lower York Rd, #108<br>New Hope, PA 18938 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $3,700.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 596 | **Nonpriority creditor's name and mailing address**<br><br>USA Opportunity<br>800 Port America<br>Suite 100<br>Grapevine, TX 76051 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $24,253.72 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 597 | **Nonpriority creditor's name and mailing address**<br><br>USI Advisors, Inc<br>95 Glastonbury Blvd, Ste 102<br>Glastonbury, CT 06033 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $625.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 598 | **Nonpriority creditor's name and mailing address**<br><br>USI Colorado LLC<br>P O Box 62817<br>Virginia Beach, VA 23466 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $7,448.70 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 599 | **Nonpriority creditor's name and mailing address**<br><br>USI Universal Shipping<br>2855 South Reservoir St<br>Pomona, CA 91766 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $75,084.42 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 3. 600 | **Nonpriority creditor's name and mailing address**<br><br>USX - U.S. Expediting & Logistics LLC<br>4311 Old Springfield Rd<br>Vandalia, OH 45377 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt | $481.64 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 102 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 601 | **Nonpriority creditor's name and mailing address**<br><br>V & A Carrier<br>6385 Auburn Blvd., Suite C<br>Citrus Heights, CA 95621 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $900.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 602 | **Nonpriority creditor's name and mailing address**<br><br>Valence Transportation LLC<br>4173 Crescent Dr<br>Saint Louis, MO 63125 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $3,550.00 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 603 | **Nonpriority creditor's name and mailing address**<br><br>Velox Express Ind<br>243 S Madison Ave<br>Greenwood, IN 46142 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $967.50 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 604 | **Nonpriority creditor's name and mailing address**<br><br>Ventura Highway<br>PO Box 90915<br>Los Angeles, CA 90009 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $2,617.65 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 605 | **Nonpriority creditor's name and mailing address**<br><br>Walker Air Conditioning & Heating, Inc<br>2909 Live Oak Dr<br>Mesquite, TX 75150 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $1,981.37 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |
| 3. 606 | **Nonpriority creditor's name and mailing address**<br><br>Waste Connections Inc.<br>12150 Garland Rd<br>Dallas, TX 75218 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $326.60 |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | | |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 103 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3. 607 | **Nonpriority creditor's name and mailing address**<br><br>Waste Management of Atlanta<br>PO Box 105453<br>Atlanta, GA 30348 | $70.70 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| 3. 608 | **Nonpriority creditor's name and mailing address**<br><br>Waste Management of Ohio, Inc<br>P O Box 4648<br>Carol Stream, IL 60197 | $10.08 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| 3. 609 | **Nonpriority creditor's name and mailing address**<br><br>Wells Fargo Vendor Fin Serv<br>P O Box 105710<br>Atlanta, GA 30348 | $428.45 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| 3. 610 | **Nonpriority creditor's name and mailing address**<br><br>Werner<br>39357 Treasury Court<br>Chicago, IL 60694 | $3,334.41 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| 3. 611 | **Nonpriority creditor's name and mailing address**<br><br>Western Slope Courier<br>1321 Ute Avenue<br>Grand Junction, CO 81501 | $374.00 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| 3. 612 | **Nonpriority creditor's name and mailing address**<br><br>WEX Bank/Fleet Universal<br>P O Box 6293<br>Carol Stream, IL 60197 | $6,248.47 |
| | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |

Cagney Global Logistics, Inc., Debtor                              Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 104 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 613 | **Nonpriority creditor's name and mailing address**<br><br>White Owl Trucking<br>2629 Foothill Blvd, #148<br>La Crescenta, CA 91214<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $11,400.00 |
| 3. 614 | **Nonpriority creditor's name and mailing address**<br><br>White River Logistics<br>10 Datomar Rd<br>Headingley, Manitoba R4H 0A1<br>CANADA<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $0.00 |
| 3. 615 | **Nonpriority creditor's name and mailing address**<br><br>Whitewater Enterprises, LLC<br>402 W Cowan Dr<br>Houston, TX 77007<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $21,527.50 |
| 3. 616 | **Nonpriority creditor's name and mailing address**<br><br>Worcester County Airfreight<br>135 Southbridge St<br>PO Box 374<br>Auburn, MA 01501<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $296.93 |
| 3. 617 | **Nonpriority creditor's name and mailing address**<br><br>World Class LLC<br>419 W 2nd St<br>Sedalia, MO 65301<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $7,000.00 |
| 3. 618 | **Nonpriority creditor's name and mailing address**<br><br>World Connect JFK<br>226-15A 69th Ave<br>Bayside, NY 11364<br><br>**Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $12,857.00 |

Cagney Global Logistics, Inc., Debtor                                    Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 105 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | Amount of Claim |
|---|---|---|
| 3. 619 | **Nonpriority creditor's name and mailing address**<br><br>Worldwide Express LLC<br>505 North Modena St<br>Gastonia, NC 28054 | $12,898.00 |
| | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| 3. 620 | **Nonpriority creditor's name and mailing address**<br><br>XO Communications<br>14239 Collections Center Drive<br>Chicago, IL 60693 | $5,488.68 |
| | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| 3. 621 | **Nonpriority creditor's name and mailing address**<br><br>XO Communications<br>File 50550<br>Los Angeles, CA 90074 | ($6,816.88) |
| | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| 3. 622 | **Nonpriority creditor's name and mailing address**<br><br>XO Communications<br>14239 Collections Center Drive<br>Chicago, IL 60693 | $1,921.04 |
| | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| 3. 623 | **Nonpriority creditor's name and mailing address**<br><br>XPO Logistics<br>PO Box 5160<br>Portland, OR 97208 | $5,250.00 |
| | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |
| 3. 624 | **Nonpriority creditor's name and mailing address**<br><br>Y & M Transport<br>3832 27th Pkwy<br>Sarasota, FL 34235 | $3,500.00 |
| | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Debt<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| | Date or dates debt was incurred:<br>Last 4 digits of account number: | |

Cagney Global Logistics, Inc., Debtor | Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 106 of 107

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|

| 3. 625 | **Nonpriority creditor's name and mailing address**<br><br>Y & T Express<br>2324 Paramount Dr<br>Jacksonville, FL 32224 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $3,200.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 626 | **Nonpriority creditor's name and mailing address**<br><br>Yankee Freight<br>2670 East 81 Street<br>Minneapolis, MN 55425 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $1,235.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 627 | **Nonpriority creditor's name and mailing address**<br><br>YRC Worldwide Inc<br>10990 Roe Ave<br>Overland Park, KS 66211 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $10,445.93 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 628 | **Nonpriority creditor's name and mailing address**<br><br>Zarra Logistics<br>9323 Amberton Pkwy, #154<br>Dallas, TX 75243 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $3,900.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 629 | **Nonpriority creditor's name and mailing address**<br><br>Zee Express<br>320 Oak Meadows Drive<br>Wood Dale, IL  60191 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $121.00 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |
| 3. 630 | **Nonpriority creditor's name and mailing address**<br><br>Zenith Express<br>1292 Parkview Rd<br>Green Bay, WI 54304 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Trade Debt | $3,370.92 |
| | **Date or dates debt was incurred:**<br>**Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☐ No<br>☐ Yes | |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 107 of 107

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.**

| | | | Amount of Claim |
|---|---|---|---|
| 3. 631 | **Nonpriority creditor's name and mailing address** Zipp Delivery Inc 650 E Hwy 264 Bethel Heights, AR 72764 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** Trade Debt **Is the claim subject to offset?** ☐ No ☐ Yes | $3,987.15 |
| | Date or dates debt was incurred: Last 4 digits of account number: | | |
| 3. 632 | **Nonpriority creditor's name and mailing address** Zipp Express 13652 Lakefront Dr Earth City, MO 63045 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** Trade Debt **Is the claim subject to offset?** ☐ No ☐ Yes | $51,792.40 |
| | Date or dates debt was incurred: Last 4 digits of account number: | | |
| 3. 633 | **Nonpriority creditor's name and mailing address** Zoom Transport 2326 Air Park Rd North Charleston, SC 29406 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** Trade Debt **Is the claim subject to offset?** ☐ No ☐ Yes | $1,811.13 |
| | Date or dates debt was incurred: Last 4 digits of account number: | | |
| 3. 634 | **Nonpriority creditor's name and mailing address** Amanda Harling c/o W. Jonathan Harling P. O. Box 1416 Columbia, SC 29201 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed **Basis for the claim:** Litigation Pending **Is the claim subject to offset?** ☐ No ☐ Yes | $0.00 |
| | Date or dates debt was incurred: Last 4 digits of account number: | | |
| | Total - Part 2 | | $6,140,472.16 |

Cagney Global Logistics, Inc., Debtor                    Case No. 17-33935-HDH-7

# SCHEDULE E/F: CREDITORS WHO HAVE UNSECURED CLAIMS

**Part 3: List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4. 1 | Kimberly A. Guest, Esq.<br>Counsel for Aerotek Inc.<br>Guest & Associates PC<br>108 W. Front Street<br>DeKalb, Texas 75559 | Line 3.23<br><br>☐ Not listed. Explain | |
| 4. 2 | Daniel Moken, Esq.<br>Counsel for American Express<br>Zwicker & Associates PC<br>1105 Laurel Oak Road, Suite 136<br>Voorhees, NJ 08043 | Line 3.49<br><br>☐ Not listed. Explain | |
| 4. 3 | Darrell W. Cook, Esq.<br>Counsel for Cardinal Logistics<br>Suite 1000<br>6688 N. Central Expressway<br>Dallas, TX 75206 | Line 3.120<br><br>☐ Not listed. Explain | |
| 4. 4 | Daniel Sullivan, Esq.<br>Counsel for Demar Logistics<br>Sullivan Hincks & Conway<br>120 W. 22nd Street, Suite 100<br>Oak Brook, IL 60523 | Line 3.198<br><br>☐ Not listed. Explain | |
| 4. 5 | Mindy K. Mahn, Esq.<br>Counsel for Employee Staffing Group, LLC<br>Central Plank LLC<br>4818 Washington Avenue<br>St. Louis, MO 63108 | Line 3.227<br><br>☐ Not listed. Explain | |
| 4. 6 | David Bandre, Esq.<br>Counsel for Jobfinders Employment<br>Bandre Hunt Snider LLC<br>227 Madison Street<br>Jefferson City, MO 65101 | Line 3.319<br><br>☐ Not listed. Explain | |
| 4. 7 | David Holman, Esq.<br>Counsel for LDK Logistics<br>Davis Graham & Stubbs LLP<br>1550 17th Street, Suite 500<br>Denver CO 80202 | Line 3.342<br><br>☐ Not listed. Explain | |

Cagney Global Logistics, Inc., Debtor      Case No. 17-33935-HDH-7

Creditors with NONPRIORITY Unsecured Claims
Page 2 of 2

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4. 8 | Nicholas Porto, Esq.<br>Counsel for Midwest Transportation<br>1600 Baltimore, Suite 200A<br>Kansas City, MO 64108 | Line 3.375<br><br>☐ Not listed. Explain | |
| 4. 9 | Skyler Howton, Esq.<br>Counsel for PLDAB, LLC/Prologis<br>K&L Gates LLP<br>1717 Main Street, Suite 2800<br>Dallas, TX 75201 | Line 3.446<br><br>☐ Not listed. Explain | |
| 4. 10 | Kimberly Hughes<br>T.K. Davis Holdings<br>355 Pinson Drive<br>Corpus Christi, TX 78406 | Line 3.566<br><br>☐ Not listed. Explain | |
| 4. 11 | USI Colorado<br>Bobbie Fitzgerald, Sr. Vice President<br>6501 South Fiddlers Green Circle Suite 100<br>Greenwood Village, CO 80111 | Line 3.599<br><br>☐ Not listed. Explain | |
| 4. 12 | W. Jonathan Harling<br>Counsel for Amanda Harling<br>P.O. Box 1416<br>Columbia SC 29201 | Line 3.635<br><br>☐ Not listed. Explain | |
| 4. 13 | WCA, Ltd.<br>c/o Intuitive Logistic Resources Ltd<br>29 Bangkok Business Centre, 21st Floor<br>Sukhumvit Soi 63 (Ekamai)<br>Bangkok, Thailand 10110 | Line 3.128<br><br>☐ Not listed. Explain | |
| 4. 14 | WCA<br>c/o Estefani Franzoi<br>440 Sawgrass Corporate Parkway, Suite 210<br>Sunrise, FL 33325 USA | Line 3.128<br><br>☐ Not listed. Explain | |
| 4. 15 | Edgar Davison<br>Davison Law Firm<br>6000 Poplar Ave., Suite 250<br>Memphis, TN 38119 | Line 3.128<br><br>☐ Not listed. Explain | |
| 4. 16 | Marcus Sherwood<br>Baxter Bailey & Associates<br>1630 Goodman Road East, Suite 1<br>Southaven, MS 38671 | Line 3.128<br><br>☐ Not listed. Explain | |
| 4. 17 | John T. Siegler, Esq.<br>Counsel for Ryder Truck Rental, Inc.<br>ASK LLP<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, MN 55121 | Line 3.489<br><br>☐ Not listed. Explain | |

Debtor   Cagney Global Logistics, Inc.
         Name

Case number (if known)   17-33935-HDH-7

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 1,031.89 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 6,140,472.16 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 6,141,504.05 |

Cagney Global Logistics, Inc., Debtor        Case No. 17-33935-HDH-7

# SCHEDULE G: EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
      ❑ **No.** Check this box and file this form with the court with the debtor¡s other schedules. There is nothing else to report on this form.
      ■ **Yes.** Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property **(Official Form 206A/B).**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2. 1 | State what the contract or lease is for and the nature of the debtor's interest | Office Building Prologis Freeport Distribution Center #1, 9400 Royal Lane, Irving Texas 75063 Leasehold | PLDAB, LLC c/o ProLogis Attn: Robert Wright 2021 McKinney Avenue, Suite 1050 Dallas, TX 75201 |
| | State the term remaining | June 2018 | |
| | List the contract number of any government contract | | |
| 2. 2 | State what the contract or lease is for and the nature of the debtor's interest | Office Building 3500 N. Windsor Drive, Suite 400 Aurora, CO 80011 Leasehold | CommerCenter #24 LLC c/o Majestic Realty Corp. 13191 Crossroads Parkway North, 6th Floor City of Industry, CA 91746-3497 |
| | State the term remaining | January 31, 2019 | |
| | List the contract number of any government contract | | |
| 2. 3 | State what the contract or lease is for and the nature of the debtor's interest | Office Building 2201 Lakeview Road Mexico, MO 65265 Leasehold | City of Mexico, Missouri 300 N. Coal Street Mexico, MO 65265 |
| | State the term remaining | Lease assigned, with Landlord's consent, effective October 2, 2017 to Aerostar Business Development, LLC | |
| | List the contract number of any government contract | | |
| 2. 4 | State what the contract or lease is for and the nature of the debtor's interest | Toyota Forklift Lease DFW | Toyota Commercial Finance Dept. 2431 Carol Stream, IL 60132-2431 |
| | State the term remaining | 16 payments remaining at $280.78 January 2019 | $1.00 lease at end of term |
| | List the contract number of any government contract | Acct No. 10352420, Lease No. 502 | |

Cagney Global Logistics, Inc., Debtor                                    Case No. 17-33935-HDH-7

Schedule G - Executory Contracts and Unexpired Leases
Page 2 of 4

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2. 5 | State what the contract or lease is for and the nature of the debtor's interest | Copier DFW | Konica Minolta 21146 Network Place Chicago, IL 60673 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 6 | State what the contract or lease is for and the nature of the debtor's interest | Canon IR4245 Advance Copier System DFW | Advantage Financial Services P. O. Box 660831 Dallas, TX 75266-0831 |
| | State the term remaining | July 1, 2018 | |
| | List the contract number of any government contract | | |
| 2. 7 | State what the contract or lease is for and the nature of the debtor's interest | Lexmark Copier Model XM5163 DFW | Data Comm, Inc. Leasing Customer Service MAC N0005-055 800 Walnut Street Des Moines, IA 50309-3605 |
| | State the term remaining | 4/8/2019 | |
| | List the contract number of any government contract | Acct No. 603-0143887-000 | |
| 2. 8 | State what the contract or lease is for and the nature of the debtor's interest | Copier, Model 1R65551 DFW | Canon Financial Services, Inc. P. O. Box 5008 Mt. Laurel, NJ 08054 |
| | State the term remaining | 2/20/2017 - 2/20/2021 | |
| | List the contract number of any government contract | 001-0745231-001 | |
| 2. 9 | State what the contract or lease is for and the nature of the debtor's interest | Lexmark Copier, Model 658 DFW | Data Comm, Inc. Leasing Customer Service MAC N0005-055 800 Walnut Street Des Moines, IA 50309-3605 |
| | State the term remaining | 7/8/17 - month-to-month | |
| | List the contract number of any government contract | Acct No. 603-0112714-002 SN 79G3KX6 | |

Cagney Global Logistics, Inc., Debtor          Case No. 17-33935-HDH-7

Schedule G - Executory Contracts and Unexpired Leases
Page 3 of 4

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2. 10 | State what the contract or lease is for and the nature of the debtor's interest | Konica Minotla Copier Model 423 SN D011008254 DFW | Data Comm, Inc. Leasing Customer Service MAC N0005-055 800 Walnut Street Des Moines, IA 50309-3605 |
| | State the term remaining | Month-to-month | |
| | List the contract number of any government contract | Acct. No. 603-0104684-002 | |
| 2. 11 | State what the contract or lease is for and the nature of the debtor's interest | Konica Copier Model 454e Assigned to Aerostar Global Logistics, LLC, effective October 2, 2017 (paperwork dated 10/20/2017) | Data Comm, Inc. Leasing Customer Service MAC N0005-055 800 Walnut Street Des Moines, IA 50309-3605 |
| | State the term remaining | 38 months | |
| | List the contract number of any government contract | Acct. No. 603-0043555-000 | |
| 2. 12 | State what the contract or lease is for and the nature of the debtor's interest | NEC SV8100 Phone System (Mexico, Missouri) | NEC Financial Services 250 Pehle Avenue #704 Saddle Brook, NJ 07663 |
| | State the term remaining | 38 months at $579.08 | |
| | List the contract number of any government contract | Contract No. 100-0093313-001 $1.00 purchase option (no UCC-1) | |
| 2. 13 | State what the contract or lease is for and the nature of the debtor's interest | NEC SV8100 Phone System (Aurora, Colorado) | NEC Financial Services 250 Pehle Avenue #704 Saddle Brook, NJ 07663 |
| | State the term remaining | 11/15/2018 | |
| | List the contract number of any government contract | Contract No. 100-0093313-002 | $1.00 lease at end of term |
| 2. 14 | State what the contract or lease is for and the nature of the debtor's interest | Lease assigned with Landlord's consent on October 18, 2017 to Aerostar Business Development, LLC | Raymond Leasing Corp P O Box 301590 Dallas, TX 75303 |
| | State the term remaining | | |
| | List the contract number of any government contract | UCC-1 filed as Lessor/Lessee | |

Cagney Global Logistics, Inc., Debtor

Case No. 17-33935-HDH-7

Schedule G - Executory Contracts and Unexpired Leases
Page 4 of 4

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2. 15 | State what the contract or lease is for and the nature of the debtor's interest | Lease and rental of various trucks and tractors. All equipment was returned prior to bankruptcy filing. | Ryder Truck Rental, Inc. dba Ryder Transportation Services 11690 Northwest 105th Street Miami, FL 33178 |
| | State the term remaining | Various dates from 1/1/2018 - 12/1/2021 | |
| | List the contract number of any government contract | Ryder Key #5584325 Ryder CBU# 13121,3339,3042,3125 | |
| 2. 16 | State what the contract or lease is for and the nature of the debtor's interest | Home Depot Direct Fulfillment Agreement and Transport Master Service Agreement | Home Depot USA, Inc. 2455 Paces Ferry Road Atlanta, GA 30339 |
| | State the term remaining | Automatically renews annually unless terminated | |
| | List the contract number of any government contract | | |
| 2. 17 | State what the contract or lease is for and the nature of the debtor's interest | Payroll Service | HR&P Companies Suite 100 9621 W. Sam Houston Parkway North Houston, TX 77064 |
| | State the term remaining | Automatically renews annually unless terminated | |
| | List the contract number of any government contract | | |
| 2. 18 | State what the contract or lease is for and the nature of the debtor's interest | Automobile leases for two cars (See SOFA Exhibit 13 for details) | Mercedes-Benz Financial Services P. O. Box 5209 Carol Stream, IL 60197 |
| | State the term remaining | Transferred | |
| | List the contract number of any government contract | | |

---

**Fill in this information to identify the case:**

Debtor name __Cagney Global Logistics, Inc.__

United States Bankruptcy Court for the: __Northern__ District of __Texas__
(State)

Case number (If known): __17-33935-HDH-7__

---

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Thomas K. Cagney | 4419 St. Andrews Blvd. <br> Street <br><br> Irving, TX  75038 <br> City          State          ZIP Code | P2BInvestor | ☒ D <br> ☐ E/F <br> ☐ G |
| 2.2 Brenda K. Cagney | 4419 St. Andrews Blvd. <br> Street <br><br> Irving, TX  75038 <br> City          State          ZIP Code | Delivery Now Logistics LLC | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | Street <br><br> City          State          ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | Street <br><br> City          State          ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | Street <br><br> City          State          ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | Street <br><br> City          State          ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

---

Fill in this information to identify the case and this filing:

Debtor Name   Cagney Global Logistics, Inc.

United States Bankruptcy Court for the:   Northern    District of   Texas
                                                                (State)

Case number (If known):   17-33935-HDH-7

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/16/17      ✗   *Brenda K. Cagney*
       MM / DD / YYYY          Signature of individual signing on behalf of debtor

                              Brenda K. Cagney
                              Printed name

                              President
                              Position or relationship to debtor