**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 17-33935 | HDH | Judge: HARLIN D. HALE | Trustee Name: | ROBERT YAQUINTO, JR., TRUSTEE |
| Case Name: | CAGNEY GLOBAL LOGISTICS, INC. | | | Date Filed (f) or Converted (c): | 10/19/17 (f) |
| | | | | 341(a) Meeting Date: | 11/28/17 |
| For Period Ending: | 12/31/19 | | | Claims Bar Date: | 02/27/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. VECTRA BANK | 145,918.91 | 247,943.77 | | 247,973.67 | FA |
| 2. CHASE BANK - CHECKING | 44.56 | 44.56 | | 0.00 | FA |
| 3. DEPOSITS, INCLUDING SECURITY & UTILITY DEPOSITS | 60,789.84 | 60,789.84 | | 5,000.00 | FA |
|    CITY OF MEXICO  $5,000.00 | | | | | |
|    PROLOGIS - IRVING  $36,853.84 | | | | | |
|    MAJESTIC REALTY CO  $8,936.00 | | | | | |
|    BIAGIO, LP  $10,000.00 | | | | | |
| 4. ACCOUNTS RECEIVABLE - 90 DAYS OLD OR LESS | 1,160,670.71 | 1,160,670.71 | | 914.10 | FA |
|    *AMENDED 12/06/2017 | | | | | |
|    90 DAYS OLD OR LESS FACE AMOUNT $1,197,352.68 - UNCOLLECTIBLE $36,681.97 = $1,160,670.71 | | | | | |
| 5. ACCOUNTS RECEIVABLE - OVER 90 DAYS OLD | 541,822.94 | 541,822.94 | | 12.10 | FA |
| 6. NON-PUBLICLY TRADED STOCKS/INTERESTS | 0.00 | 0.00 | | 0.00 | FA |
|    CAGNEY EXPRESS, INC. - 100% OWNERSHIP - OPERATING LICENSE REVOKED | | | | | |
| 7. OFFICE FURNITURE | 41,003.25 | 41,003.25 | | 29,178.02 | FA |
|    IRS CHARITY VALUE | | | | | |
| 8. OFFICE FIXTURES | 0.00 | 0.00 | | 0.00 | FA |
| 9. OFFICE EQUIPMENT | 0.00 | 0.00 | | 39,868.47 | FA |
| 10. AUTOMOBILES/TRUCKS/VANS/TRAILERS | 70,695.00 | 70,695.00 | | 26,045.44 | FA |
| 11. ANY BUILDING, OTHER IMPROVED REAL ESTATE | Unknown | 0.00 | | 0.00 | FA |
| 12. LICENSES/FRANCHISES AND ROYALTIES | 0.00 | 0.00 | | 0.00 | FA |
| 13. INTERESTS IN INSURANCE POLICIES/ANNUITIES | Unknown | 0.00 | | 0.00 | FA |
| 14. CAUSES OF ACTION - CAGNEY VS. IAG | 82,000.00 | 82,000.00 | | 0.00 | FA |
|    Breach of Contract | | | | | |
| 15. OTHER CONTINGENT/UNLIQUIDATED CLAIMS | 34,300.00 | 34,300.00 | | 0.00 | FA |

LFORM1

Ver: 22.02c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 17-33935 HDH Judge: HARLIN D. HALE | Trustee Name: | ROBERT YAQUINTO, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | CAGNEY GLOBAL LOGISTICS, INC. | Date Filed (f) or Converted (c): | 10/19/17 (f) |
| | | 341(a) Meeting Date: | 11/28/17 |
| | | Claims Bar Date: | 02/27/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Aerotek v. Cagney Global - Brech of Contract 25% of amount billed originall (setoff) | | | | | |
| 16. INSURANCE REFUND (u) | 0.00 | 931.32 | | 1,100.58 | FA |
| 17. PREFERENCE SETTLEMENTS (u) | 0.00 | 5,000.00 | | 136,024.42 | FA |
| 18. MISCELLANEOUS REFUNDS (u) | 0.00 | 284.75 | | 358.68 | FA |
| 19. FTC VS. DOTAUTHORITY LAWSUIT SETTLEMENT (u) | 0.00 | 52.86 | | 52.86 | FA |
| 20. COMPTROLLER - REFUND (u) | 0.00 | 1,003.88 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,137,245.21 | $2,246,542.88 | | $486,528.34 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ASSETS SOLD.  RECEIVABLES  COLLECTED.  ACCOUNTANT EMPLOYED.  PREFERENCE CLAIMS AND ADVERSARY PROCEEDINGS COMPLETED.
SETTLEMENTS REACHED AND APPROVED BY THE COURT.  CLAIMS OBJECTIONS ARE IN PROCESS.  ESTIMATED DATE OF CLOSING 05/31/2020.

Initial Projected Date of Final Report (TFR): 10/01/18      Current Projected Date of Final Report (TFR): 05/31/20

LFORM1                                                                                                                    Ver: 22.02c